# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | **Obj. Deadline: July 3, 2020 at 4:00 p.m.** |

## MOTION OF THE DEBTOR FOR ORDER AUTHORIZING IT TO PAY PREMIUM FINANCING OBLIGATIONS

The Debtor hereby moves for an order, in the form annexed hereto, authorizing it pay all obligations under the premium financing agreement annexed hereto as Exhibit 1, pursuant to Bankruptcy Code section 105(a), and states:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. § 1408.

### RELIEF REQUESTED AND BASIS THEREFOR

2. Shortly before the commencement of this case, the Debtor entered into the premium financing agreement to finance a D&O policy.

3. The first payment under the agreement is due July 18, 2020.

4. The Debtor seeks authority to pay all obligations under the premium financing agreement, in view of the importance of maintaining insurance coverage, pursuant to Bankruptcy Code section 105(a). Similar relief has been granted in countless other chapter 11 cases filed in this district.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 |
| Debtor. | |

## MOTION OF THE DEBTOR FOR ORDER AUTHORIZING IT TO PAY PREMIUM FINANCING OBLIGATIONS

The Debtor hereby moves for an order, in the form annexed hereto, authorizing it pay all obligations under the premium financing agreement annexed hereto as <u>Exhibit 1</u>, pursuant to Bankruptcy Code section 105(a), and states:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. § 1408.

### RELIEF REQUESTED AND BASIS THEREFOR

2. Shortly before the commencement of this case, the Debtor entered into the premium financing agreement to finance a D&O policy.

3. The first payment under the agreement is due July 18, 2020.

4. The Debtor seeks authority to pay all obligations under the premium financing agreement, in view of the importance of maintaining insurance coverage, pursuant to Bankruptcy Code section 105(a). Similar relief has been granted in countless other chapter 11 cases filed in this district.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

**NO PRIOR REQUEST**

5. No prior request for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Debtor requests that the Court enter the annexed proposed order and grant such other and further relief as the Court deems just and proper.

Dated: June 19, 2020

Respectfully submitted,

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*