## EXHIBIT 1

**Premium Financing Agreement**

 **Select Premium**    102 N. Washington El Campo, TX 77437

Phone: 979-578-0688    Fax: 979-578-8987

**PREMIUM FINANCE AGREEMENT - Truth In Lending Disclosure**    **Agreement No. 76549.1**

| INSURED | AGENCY |
|---|---|
| Factom, Inc.<br>Linda Snow<br>7801 Capital of Texas Hwy #240<br>Austin, TX 78731<br>Phone No: 5124313371 | Watkins Insurance Group - Commercial<br>3834 Spicewood Springs Road Suite 100<br>Austin, TX 78759<br>Phone No:  512-452-8877<br>Lien Holder: |

### ITEMIZATION OF AMOUNT FINANCED

| POLICY NUMBER | DATE OF POLICY (or of application) | TERM (months) | INSURANCE COMPANY | TYPE OF COVERAGE | PREMIUM |
|---|---|---|---|---|---|
| 19BF11059510018 | 6/18/2020 | 12 | PartnerRe Ireland Insurance<br>AmWins Brokerage of Georgia LLC<br>3630 Peachtree Rd NE Suite 1700<br>Atlanta, GA 30326 | D&O LIABILITY | $59,540.00<br>Taxes:    $3,002.00<br>Fees:       $500.00 |
|  |  |  |  |  | Taxes:<br>Fees: |

$46,906.50

| TOTAL PREMIUM<br>A. $63,042.00 | DOWN PAYMENT<br>B. $16,135.50 | AMOUNT FINANCED<br>C. $46,906.50 | SETUP FEE<br>$20.00 | The Amount Financed has been paid on your behalf to the Insurance Company or General Agent shown above. |
|---|---|---|---|---|

### FEDERAL TRUTH IN LENDING DISCLOSURES

| Amount Financed<br>The amount of credit provided to you or on your behalf. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Total Of Payments<br>The amount you will have paid after you make all payments as scheduled. (C + D) | Total Sales Price<br>The total cost of your purchase on credit, including your down payment as shown. (A + D, excluding fees) | ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate |
|---|---|---|---|---|
| C.      $46,906.50 | D.    $1,888.70 | E.         $48,795.20 | F.         $61,428.70 | 8.6% |

| YOUR PAYMENT SCHEDULE WILL BE: | FIRST PAYMENT DUE<br>7/18/2020 | ALL MONTHLY PAYMENTS DUE ON THE SAME DAY OF EACH SUCCESSIVE MONTH UNTIL PAID IN FULL | NUMBER OF MONTHLY PAYMENTS:  10 | Amount of Each Payment<br>$4,879.52 |
|---|---|---|---|---|

**Security:** You are giving a security interest in unearned premium and loss payments on the insurance policy being purchased
**Prepayment:** If you pay off early , you may be entitled to a refund of part of the Finance Charge, but on loans of $100 or less, you will not be entitled to a refund of any part of the Finance Charge called an "Acquisition Charge". Or you shall be entitled to a refund of the unearned portion of the Finance Charge computed in accordance with the Rule of 78's, after first deducting any full earned charge permitted by law (in Texas $20 on cumulative amounts financed not exceding $1000 and $25 on cumulative amounts financed exceeding $1000). A prepayment made in any amount less than the unpaid balance shall not entitle the insured to any reduction in Finance Charge or to any rebate whatsoever on account thereof.
**Contract Provisions:** See your contract documents for any additional information about nonpayment default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

FOR VALUE RECEIVED the undersigned INSURED jointly and severally, if more than one, promises to pay to the order of the above identified LENDER at the address of LENDER stated above, the Total of Payments in consecutive monthly payments as shown herein, with any unpaid balance and all unpaid additional charges due on the same date of which the final installment is due and authorizes LENDER to pay the insurance company or its authorized agent the premium set forth herein.
CANCELLATION: if INSURED fails to make the payments at the time and in the amount provided in this agreement or there is any other default under the terms of this agreement LENDER may cancel the Insurance policy(ies) as herein after provided. Before such cancellation occurs, LENDER shall first mail a written notice to INSURED of the intent of LENDER to cancel the policy(ies). If cancelled, LENDER shall receive the return of the unearned premiums and loss payments and credit such amount on the unpaid balance of this loan, and any surplus of $1.00 or more shall be refunded to INSURED.

ANY MONEY RECEIVED AFTER NOTICE OF CANCELLATION HAS BEEN SENT SHALL BE APPLIED TO THE OUTSTANDING INDEBTEDNESS OF THE NOTE BALANCE AND SHALL NOT BE CONSTRUED AS REINSTATEMENT OF THE INSURANCE POLICY

**INSURED AND AGENT SEE PAGE 2 FOR REMAINING PROVISION OF YOUR PREMIUM FINANCE AGREEMENT**

**THE INSURED AGREES TO THE PROVISIONS ABOVE AND ON PAGE 2 OF THIS AGREEMENT**
INSURED hereby agrees to and acknowledges this combined Premium Finance Agreement and Truth-In-Lending Disclosure was completed as to all of its provisions and disclosures before it was signed by INSURED and a copy thereof was delivered to INSURED at the time of signing.

**POWER OF ATTORNEY - NOTICE TO INSURER**
This is to inform you and to certify that the premium for this policy(ies) has been furnished and to further state that in recognition of the several possibilities which might cause my inability or failure to pay any insurance premium installment when due. I do irrevocably make, constitute and appoint Lender at the address stated above hereinafter called LENDER and its assigns my true and lawful attorney for me to cancel and collect all return premiums on the above listed insurance policy(ies) and Lender and its assigns is further authorized and empowered to execute all necessary written instruments, lost policy releases, and notices in connection therewith and to do whatever is necessary in the cancellation of such policy(ies).

Executed    6/11/2020 | 1:58 PM PDT          X   *Jay Smith*
                                                         DocuSigned by:
                                                         D8B2D7ABBB4846D...
                                                                                  Signature of INSURED

Executed                                        X _____
                                                                                  Signature of Agent

 **Select Premium** 102 N. Washington El Campo, TX 77437          Phone: 979-578-0688          Fax: 979-578-8987

# REMAINING PROVISION OF YOUR PREMIUM FINANCE AGREEMENT

**AMENDMENT:** Should additional premium be due as a result of changes in INSURED's policy(ies) or adjustments of the rate classification, INSURED hereby grants LENDER the authority to pay the additional premium and to amend this agreement accordingly. Such additions shall be accomplished by LENDER furnishing INSURED and INSURED's agent with a written memorandum of agreement prior to the 1st scheduled payment date of the amended transaction.

**SECURITY:** Until LENDER has been paid the full amount owing, INSURED hereby (a) grants LENDER a security interest in unearned premiums which may become payable under any and all policy(ies) herein described, and in loss payments under said policy(ies) subject, however, to any mortgagee or loss payee interest; and (b) irrevocably appoints LENDER to be INSURED'S attorney in fact with full power and sole authority to sign or otherwise execute any and all policies, papers, lost policy releases, and notices necessary to effect cancellation of the policy(ies) herein described and to collect and receive unearned premiums which may become payable under said policy(ies).

**LENDER & AGENTS STATUS:** It is agreed that LENDER is not acting as an insurance carrier, agent or broker and shall have no liability as such. INSURED understands and agrees that INSURED'S insurance agent or broker is not the agent of LENDER, that the insurance agent or broker has no power or authority to make agreements or enter into contracts for LENDER, and that this agreement has no force or effect until accepted in writing by LENDER.

**AGENT COMPENSATION:** The INSURED'S insurance agent or broker has received compensation from the LENDER in an amount up to two percent of the premium amount financed as a result of the INSURED entering into this Premium Finance Agreement. In the event that the compensation received by the INSURED'S insurance agent or broker exceeds two percent of the premium amount financed, then the INSURED'S insurance agent or broker will provide in writing to the INSURED the amount of compensation as a percentage of premium financed. The amount of compensation is based only on actual premium financed.

**NOTIFICATION OF INSURANCE COMPANIES:** INSURED authorizes LENDER, at its option, to notify any and all insurance companies issuing insurance policies covered by this agreement of the terms of this agreement, and INSURED directs said insurance companies to honor all provisions of this agreement.

**TEXAS LAW TO GOVERN:** INSURED and LENDER agree that this agreement is made subject to and shall be governed by and construed under the applicable laws of the State of Texas and the United States, and any provision of this agreement contrary to such laws shall be ineffective without invalidating the remaining provisions. Under no circumstances shall INSURED have to pay more interest than is allowed under applicable law for this type of loan, and if LENDER inadvertently contracts for charges, or receives more interest than is allowed, LENDER will either refund the excess to INSURED or apply it to the unpaid balance of the loan.

**ASSIGNMENT:** INSURED warrants that the insurance policy(ies) set forth above, or a binder for such policy(ies) has been issued to INSURED and is in full force and effect, and that there has been no assignment of any interest in the insurance policy(ies) except for the assignment to LENDER provided herein, and except for the interest of mortgagees and loss payees, without written consent of LENDER, but if such approved assignment by INSURED is made, this agreement shall inure to the benefit of and be binding on such assignee. INSURED agrees that LENDER may assign this agreement, and in such event this agreement shall inure to the benefit of and be binding on such assignee.

**DEFAULT CHARGES:** When any portion of a scheduled Installment becomes delinquent (10) days or more, the sum of $0.05 for each $1.00 of such installment may be assessed and collected as an additional charge.

**ACCELERATION:** LENDER upon INSURED's default in any payment, or upon any other act of default under this agreement, any proceeding in bankruptcy, receivership, or insolvency being instituted by or against insured, or if any Insurance company issuing an insurance policy referred to herein becomes insolvent, suspends business, or ceases to be qualified to do business. After maturity, the finance charge shall be computed at the highest rate permitted by applicable law. INSURED hereby waives presentment, protest, and notice of dishonor.

---

**AGENT'S AGREEMENT** The agent on signing Page 1 warrants and represents that:
(1)   This agreement was completed as to all its provisions and disclosures before it was signed by INSURED, and a copy there of was delivered to INSURED at the time of signing.
(2)   The signature of the INSURED is genuine.
(3)   LENDER will be notified of any and all changes in the terms of said policy(ies).
(4)   This contract is binding only when accepted and approved by LENDER.
(5)   Undersigned is not the agent of the LENDER, and a payment to agent does not constitute a payment to the LENDER.
(6)   Any refund of premium by the insurance company will be promptly endorsed and forwarded to LENDER.
(7)   A copy of the insurance policy application(s) is attached here to and a copy of the insurance policy(ies) will be forwarded promptly to LENDER
(8)   None of the insurance policies require the insurance company to give more than 10 days notice of cancellation after receiving notice of cancellation from LENDER. ____ (check here if applicable) except policy no._____ which require _____days notice.
(9)   The insurance company _____ is ___ is not admitted before the Texas State Board of Insurance.
(10) The premiums on the policy(ies) are not subject to acceleration ___ (check if applicable) except policy no. _____
(11) The cash down payment has been paid by INSURED.