**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11602  (BLS)<br><br>Re: D.I. \_\_\_\_ |

**ORDER AUTHORIZING DEBTOR TO PAY**
**PREMIUM FINANCING OBLIGATIONS**

Upon the Debtor's motion for an order authorizing it to pay all obligations under the premium financing agreement annexed thereto ("Agreement"), pursuant to Bankruptcy Code section 105(a); now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the Debtor is authorized to pay amounts due under the Agreement; and it is further

ORDERED, that notwithstanding the provisions of any Federal Rule of Bankruptcy Procedure, the terms of this Order shall be immediately effective.