**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | Obj. Deadline: July 3, 2020 at 4:00 p.m. |

**MOTION OF THE DEBTOR FOR ORDER ESTABLISHING**
**DEADLINES TO FILE PROOFS OF CLAIM AND APPROVING**
**FORM AND MANNER OF NOTICE THEREOF**

The Debtor hereby moves for an order, in the form annexed hereto, establishing deadlines to file proofs of claims against the Debtor and approving the form and manner of notice thereof, pursuant to Rule 2002 and 3003, and Del. Bankr. L.R. 1009-2, 2002-1 and 3003-1.

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. § 1408.

**RELIEF REQUESTED AND BASIS THEREFOR**

2. The Debtor proposes the Court fix the following bar dates (together, "Bar Dates"):

General Bar Date: August 28, 2020[2]

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

[2] Rule 2002(a)(7) requires that at least twenty-one (21) days' notice be given of the deadline to file proofs of claim. The proposed order contemplates service of the Bar Date Notice by first class mail within three (3) days following entry of the same, which in turn requires that an additional three (3) days be added to the applicable notice period pursuant to Rule 9006(f). The provisions of Del. Bankr. L. R. 2002-1(e) (calling for sixty (60) days' notice of the bar date) only applies where the bar date motion has been made without notice and a hearing. This motion is being made on notice.

<u>Governmental Bar Date</u>: December 15, 2020[3]

<u>Amended Schedules Bar Date</u>: Thirty (30) days from the amendment, in accordance with Del. Bankr. L.R. 1009-2.

<u>Rejection Damages Bar Date</u>: Thirty (30) days after service of notice of the rejection.

3. The Debtor further proposes that the following persons be exempted from filing proofs of claim by the applicable Bar Date:

- Any person or entity whose claim is listed in Schedule D or Schedule E/F and is not marked contingent, unliquidated or disputed, and who does not dispute the amount or characterization of the claim as set forth in the Schedules.

- Any claimant who holds a claim the filing of which is subject to a specific date fixed by the Court other than as provided in this Order.

- Any creditor whose claim has been paid in full or otherwise satisfied by the Debtor or another party.

- Current directors and officers of the Debtor who assert claims for indemnification or contribution arising on account of services to the Debtor.

4. In addition, the Debtor requests that the Court direct that, in accordance with Rule 3003(c)(2), any person or entity that fails to timely file a proof of claim shall not be treated as a creditor with respect to such claim for voting and distribution purposes, and shall be forever barred from asserting such claim against the Debtor or its estate.

5. The Debtor also requests that that the Court approve the Debtor's proposed form of notice of the Bar Date, in the form annexed hereto as <u>Exhibit 1</u> ("<u>Bar Date Notice</u>").

6. The Debtor proposes to transmit the Bar Date Notice together with Official Form B410, by first class mail to all persons and entities required to be given notice pursuant to Del.

---

[3] In accordance with Bankruptcy Code section 502(b)(9) and Rule 3002(c)(1), the proposed Governmental Bar Date is one-hundred-and-eighty (180) days following the petition date.

Bankr. L.R. 2002-1(e), and requests that the Court approve the foregoing service as good and sufficient.

## NO PRIOR REQUEST

7.     No prior request for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Debtor requests that the Court enter the annexed proposed order and grant such other and further relief as the Court deems just and proper.

Dated: June 19, 2020

Respectfully submitted,

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*