# EXHIBIT 1

## Bar Date Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 |
| Debtor. | |

## BAR DATE NOTICE

To: All known creditors and their counsel (if known); all parties on the Del. Bankr. L.R. 2002-1(c) service list; all equity security holders; the Subchapter V Trustee; the United States Trustee; all taxing authorities for jurisdictions where the Debtor does business

## THE BAR DATES

1. On June 18, 2020 ("Petition Date") the Debtor commenced a chapter 11 case in the United States Bankruptcy Court for the District of Delaware.

2. By Order entered [•], 2020 [D.I. [•]], the Court fixed [•], 2020 ("General Bar Date") as the deadline for each person or entity, other than a governmental unit, that holds or asserts a claim against the Debtor that arose or is deemed to have arisen prior to [•], 2020 ("Petition Date") (including claims entitled to priority under Bankruptcy Code section 503(b)(9)), to file a proof of claim in the Debtor's bankruptcy case

3. The Order further fixed [•], 2020 ("Governmental Bar Date") as the deadline for each governmental unit that holds or asserts a claim against the Debtor that arose or is deemed to have arisen prior to the Petition Date to file a proof of claim in the Debtor's bankruptcy case.

4. In addition, the Order provides, that if the Debtor amends its Schedule D or Schedule E/F ("Schedules") to change the amount, nature, classification or characterization of a debt owing to a creditor, the affected creditor shall have until thirty (30) days from the date on which notice of the amendment was served, pursuant to Local Rule of Bankruptcy Practice and Procedure 1009-2 ("Amended Schedules Bar Date"), to file a proof of claim in respect of the amendment.

5. Finally, the Order provides if the Debtor rejects an executory contract or unexpired lease, the contract or lease counterparty shall have until thirty (30) days after service of notice of the rejection to file a proof of claim asserting a right to payment on account of rejection damages (said deadline, together with the General Bar Date, Governmental Bar Date and Amended Schedules Bar Date, the "Bar Dates").

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

## PERSONS EXEMPTED FROM FILING PROOFS OF CLAIM

6.  You must file a proof of claim in the Debtor's bankruptcy case if you have a claim that arose or is deemed to have arisen before the Petition Date, unless you have been exempted from having to file one pursuant to the Order. The following persons and entities have been so exempted:

- Any person or entity whose claim is listed in the Schedules and is not marked contingent, unliquidated or disputed, and who does not dispute the amount or characterization of the claim as set forth in the Schedules.

- Any claimant who holds a claim the filing of which is subject to a specific date fixed by the Court other than as provided in the Order.

- Any creditor whose claim has been paid in full or otherwise satisfied by the Debtor or another party.

- Current directors and officers of the Debtor who assert claims for indemnification or contribution arising on account of services to the Debtor.

## INSTRUCTIONS FOR FILING PROOFS OF CLAIM

7.  Enclosed is a proof of claim for use in this chapter 11 case. Additional copies may be obtained at https://www.uscourts.gov/forms/bankruptcy-forms (click "Proof of Claim") or on written request to Debtor's counsel Jeffrey Chubak, whose mailing and e-mail address are set forth in the final paragraph of this notice.

8.  Proofs of claim may be filed either electronically or by mail. Do not file a proof of claim using both methods.

<u>Instructions for Filing Proofs of Claim Electronically</u>: Proofs of claim may be filed electronically at http://www.deb.uscourts.gov/claims-information; or alternatively, by CM/ECF by registered users of the CM/ECF system.

<u>Instructions for Filing Proofs of Claim by Mail</u>: Alternatively, proofs of claim may be filed by mailing the original to the Court at the following address: United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. Proofs of claim must be mailed early enough so that it is received by the Court on or before the applicable Bar Date. The Court will not accept proofs of claim submitted by fax. In addition, in accordance with Local Rule of Bankruptcy Practice and Procedure 3003-1(b)(i), a copy of the proof of claim must also be transmitted to the Debtor's counsel Jeffrey Chubak, whose mailing and e-mail address are set forth below.

## CONSEQUENCES OF MISSING THE BAR DATE

9.  In accordance with Rule 3003(c)(2), the Order provides that **any person or entity that is required to file a proof of claim and who fails to do so by the Bar Date associated with such claim shall not be treated as a creditor with respect to such claim for the purposes of**

**voting and distribution, and shall be forever barred from asserting such claim against the Debtor or its estate.**

10. The fact that you have received this notice does not mean that you have a claim or that the Debtor believes you have one. The Debtor is required to serve this notice on a wide variety of parties including equity security holders pursuant to Local Rule of Bankruptcy Practice and Procedure 2002-1(e).

## QUESTIONS

11. If you have any questions concerning this notice, or wish to request a copy of the Order, you may contact Debtor's counsel, Jeffrey Chubak, whose mailing and e-mail address and phone number are set forth below.

Dated: [•], 2020

KLEIN LLC

/s/ _____
Julia Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*