# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>Re: D.I. _____ |

## ORDER SCHEDULING CONFIRMATION HEARING AND FIXING RELATED DEADLINES AND APPROVING FORM OF BALLOT AND NOTICE

Upon the Debtor's motion for an order authorizing its rejection of the lease of the premises located at 7801 North Capital of Texas Highway, Suite 240, Austin, Texas 78731 from U.S. REIF EURUS Austin LLC, nunc pro tunc to June 18, 2020, the date it commenced this chapter 11 case ("Petition Date"); and the Court having determined that the legal and factual bases set forth in the motion, and at the hearing thereon, establish just cause for the relief granted herein; now, therefore, it is hereby:

ORDERED, that the motion is granted as set forth herein; and it is further

ORDERED, that the Debtor's lease of the above-described premises is rejected, effective nunc pro tunc to the Petition Date.