**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>Obj. Deadline: July 3, 2020 at 4:00 p.m. |

**MOTION OF THE DEBTOR FOR ORDER SCHEDULING
CONFIRMATION HEARING AND FIXING RELATED DEADLINES
AND APPROVING FORM OF BALLOT AND NOTICE**

The Debtor hereby moves for an order, in the form annexed hereto, (a) fixing (i) the period within which holders of general unsecured claims may vote on the Debtor' proposed Chapter 11 Plan of Reorganization [D.I. 3] (as amended, the "Plan") (the last date of such period, the "Voting Deadline"), (ii) the date and time for the hearing to consider confirmation of the Plan ("Confirmation Hearing"), (iii) the date by which the Debtor must transmit a copy of the Plan, Notice and Ballot (both defined below) ("Mailing Deadline") as provided herein, (iv) the date by which objections to confirmation of the Plan must be filed ("Objection Deadline") and (v) the date by which the Debtor must file its brief or affidavits in support of confirmation and in response to any objection and (b) approving the Debtor's proposed form of ballot, in the form annexed hereto as Exhibit 1 ("Ballot"), and proposed form of notice of the Confirmation Hearing, Voting Deadline and Objection Deadline, in the form annexed hereto as Exhibit 2 ("Notice"), pursuant to Bankruptcy Code section 1128, Rules 2002, 3016, 3017 and 3018 and Interim Rule 3017.2, and states:

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L). Venue in this district is proper pursuant to 28 U.S.C. § 1408.

## RELIEF REQUESTED AND BASIS THEREFOR

2. The Debtor hereby proposes that the Court fix the following dates and deadlines, pursuant to Interim Rule 3017.2:

| Event | Date |
|---|---|
| Mailing Deadline | Three days after entry of the Order on this motion |
| Voting Deadline | Fourteen days before the Confirmation Hearing |
| Objection Deadline | Fourteen days before the Confirmation Hearing |
| Deadline to file Brief or Affidavits in Support of Confirmation | Seven days before the Confirmation Hearing |
| Confirmation Hearing | Late August/Early September |

3. The Debtor further requests that the Court approve its proposed forms of Ballot and Notice. The Ballot conforms substantially to Official Form B314, as required by Rule 9009(a). In accordance with Rule 2002(b)-(c), 3016(c) and 3017(d), the Notice specifies the date and time of the Confirmation Hearing, the Objection Deadline and the Voting Deadline and restates in bold the injunction included in the Plan.

4. Pursuant to Rule 3018, the Debtor proposes that scheduled claims not marked contingent, unliquidated or disputed and filed proofs of claim be allowed solely for voting purposes in the amount scheduled or filed, and that un-filed rejection damages claims be allowed solely for voting purposes in the amount of $1.

5. General unsecured claims are the only impaired class under the Plan. The Debtor accordingly proposes to transmit by first class mail a copy of the Plan, Ballot and Notice, together

with a postage prepaid return envelope, to all holders of claims that have been allowed for voting purposes on or before the Mailing Deadline, and a copy of the Plan and Notice to all other creditors, all equity security holders, all persons listed on the Del. Bankr. L.R. 2002-1(c) service list, the Subchapter V Trustee and the United States Trustee, and requests that the Court approve said service as good and sufficient.

## NO PRIOR REQUEST

6.     No prior request for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Debtor requests that the Court enter the annexed proposed order and grant such other and further relief as the Court deems just and proper.

Dated: June 19, 2020

Respectfully submitted,

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*