## <u>EXHIBIT 1</u>

**Proposed Form of Ballot**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC., | Case No. 20-11602 (BLS) |
| Debtor. | |

**CLASS [•] BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**

The Debtor has filed a Chapter 11 Plan of Reorganization, dated June 16, 2020 ("Plan"), a copy of which has been transmitted to you together with this ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [•] under the Plan.**

**If your ballot is not received by Jeffrey Chubak, Amini LLC, 131 West 35th Street, 12th Floor, New York, New York 10001 on or before [•], 2020, the Court-approved voting deadline, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class **[•]** claim against the Debtor in the unpaid amount of $[•]

*Check one box only*

☐ Accepts the Plan

☐ Rejects the Plan

Dated:_____, 2020

Print or type name:_____

Signature:_____

Title (if corporation or partnership):_____

Address:_____

_____

_____

Tel:_____

E-mail:_____

---

**Return this ballot to:**
Jeffrey Chubak
Amini LLC
131 West 35th Street, 12th Floor
New York, New York 10001