# **EXHIBIT 2**

**Proposed Form of Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

## NOTICE OF CONFIRMATION HEARING, VOTING DEADLINE AND OBJECTION DEADLINE

To:   All creditors; all parties on the Del. Bankr. L.R. 2002-1(c) service list; all equity security holders; the Subchapter V Trustee; the United States Trustee

PLEASE TAKE NOTICE that on [•], 2020, the United States Bankruptcy Court for the District of Delaware entered an Order scheduling a hearing to consider confirmation of the Debtor's proposed Chapter 11 Plan of Reorganization, filed June 16, 2020 ("Plan"), and fixing a deadline to vote on the Plan or object to confirmation of the Plan.  Copies of the Order and all other documents filed in this case shall be provided free of charge on written request of the Debtor's undersigned counsel.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Order, the deadline to vote on the Plan is [•], 2020.  If you received a ballot and intend to vote, you must execute and return your completed ballot so that it is actually received by Jeffrey Chubak, the Debtor's undersigned counsel, by the voting deadline.  Failure to submit your ballot by the voting deadline may result in disqualification of your vote.  If you believe you are entitled to vote on the Plan but did not receive a ballot, you should contact the undersigned; or alternatively, you may move to temporarily allow your claim for voting purposes pursuant to Rule 3018.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Order, the deadline to object to confirmation of the Plan is [•], 2020. Objections must be filed with the Court by such date in order to be considered.

PLEASE TAKE FURTHER NOTICE, that the hearing to consider confirmation of the Plan will be held on [•], 2020 at [•] a.m./p.m. before the Honorable Brendan Linehan Shannon at the United States Courthouse, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE, that the Plan includes the following injunction against FastForward Innovations Ltd.:**

> **From and after the Effective Date, FastForward shall be permanently enjoined from commencing or continuing any action against the Debtor or asserting or effecting any right of setoff or subrogation premised on the SAFE [Simple Agreement for Future Equity with FastForward].**

Dated: [•], 2020

KLEIN LLC

Julia Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Proposed Attorneys for the Debtor*