# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re:  FACTOM, INC.,  Debtor. | Chapter 11  Case No. 20-11602 (BLS)  Re: D.I. ____ |
|---|---|

## ORDER SCHEDULING CONFIRMATION HEARING AND FIXING RELATED DEADLINES AND APPROVING FORM OF BALLOT AND NOTICE

Upon the Debtor's motion for an order (a) fixing (i) the period within which holders of general unsecured claims may vote on the Debtor' proposed Chapter 11 Plan of Reorganization [D.I. 3] (as amended, the "Plan") (the last date of such period, the "Voting Deadline"), (ii) the date and time for the hearing to consider confirmation of the Plan ("Confirmation Hearing"), (iii) the date by which the Debtor must transmit a copy of the Plan, Notice (defined below) and Ballot ("Mailing Deadline") as provided herein, (iv) the date by which objections to confirmation of the Plan must be filed ("Objection Deadline") and (v) the date by which the Debtor must file its brief or affidavits in support of confirmation and in response to any objection and (b) approving the Debtor's proposed form of ballot ("Ballot") and notice of the Confirmation Hearing, Voting Deadline and Objection Deadline ("Notice"), pursuant to Bankruptcy Code section 1128, Rules 2002, 3016, 3017 and 3018 and Interim Rule 3017.2; now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the Court hereby fixes the following confirmation dates and deadlines:

| Event | Date |
|---|---|
| Mailing Deadline | [•], 2020 |
| Voting Deadline | [•], 2020 |
| Objection Deadline | [•], 2020 |
| Deadline to file Brief or Affidavits in Support of Confirmation | [•], 2020 |

| Event | Date |
|---|---|
| Confirmation Hearing | [•], 2020, at __:__ a.m./p.m. |

; and it is further

ORDERED, that the form of Ballot and Notice annexed to the motion are hereby approved; and it is further

ORDERED, that scheduled claims not marked contingent, unliquidated or disputed and filed proofs of claim shall be allowed solely for voting purposes in the amount scheduled or filed, and un-filed rejection damages claims shall be allowed solely for voting purposes in the amount of $1; and it is further

ORDERED, that on or before the Mailing Deadline the Debtor shall transmit by first class mail a copy of the Plan, Ballot and Notice, together with a postage prepaid return envelope, to all holders of claims that have been allowed for voting purposes, and a copy of the Plan and Notice to all other creditors, all equity security holders, all persons listed on the Del. Bankr. L.R. 2002-1(c) service list, the Subchapter V Trustee and the United States Trustee; and it is further

ORDERED, that service of the Plan, Ballot and Notice as provided herein comports with Rules 2002 and 3017 and Interim Rule 3017.2, and is good and sufficient.