# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 20-11602<br><br>**DECLARATION OF JEFFREY CHUBAK** |

I, Jeffrey Chubak, hereby declare:

1. I am attorney at Amini LLC and submit this declaration in connection with the Debtor's application to employ the firm as counsel pursuant to Bankruptcy Code section 327(a).

## PROPOSED EMPLOYMENT TERMS

2. Amini LLC has agreed to represent the Debtor in this chapter 11 case on terms set forth in the application, subject to Court approval.

## DISCLOSURE OF COMPENSATION

3. In connection with its retention, Amini LLC was paid a retainer of $40,000 by the Debtor on May 19, 2020.

4. Of that amount, $15,850.00 was applied to fees incurred prepetition. At no point during the preference period did Amini LLC receive payment on account of an antecedent debt.

5. As of the petition date, there were no fees or expenses due to Amini LLC from the Debtor, and Amini LLC held a retainer balance of $24,150.00.

6. Amini LLC has not shared or agreed to share any compensation received or to be received in connection with this case or any associated adversary proceeding or other related action with any other entity.

## **ABSENCE OF CONNECTIONS; DISINTERSTEDNESS**

7.Amini LLC ran a conflicts search with respect to every entity listed in the Debtors' schedules of liabilities, statement of financial affairs, statement of equity security holders and creditor matrix. Amini LLC has no connections with any of them; accordingly, the firm does not hold or represent an interest adverse to the Debtor or its estate and is disinterested.

8.Amini LLC has also reviewed its attorneys' relationships with the United States Trustee and persons employed in his Office. Based on that review, I do not believe Amini LLC has any material connections with any such persons.

9.Amini LLC will update these disclosures in accordance with Bankruptcy Code section 328(c) and Del. Bankr. L.R. 2014-1(a).

Dated: June 18, 2020

/s/ Jeffrey Chubak