# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FACTOM, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-11602 (BLS) <br><br> Re: D.I. \_\_\_\_\_ |

## ORDER AUTHORIZING DEBTOR TO EMPLOY AMINI LLC
## AS COUNSEL NUNC PRO TUNC TO JUNE 18, 2020

Upon the Debtor's application to employ Amini LLC as counsel, nunc pro tunc to the June 18, 2020, pursuant to Bankruptcy Code section 327(a); and upon the Declaration of Jeffrey Chubak, dated June 18, 2020; and it appearing that Amini LLC does not hold or represent an interest adverse to the Debtor's estate and is a disinterested person; now, therefore, it is hereby:

ORDERED, that the application is granted as provided herein; and it is further

ORDERED, that the Debtor is hereby authorized to employ Amini LLC as its counsel, nunc pro tunc to June 18, 2020, pursuant to section 327(a), on terms set forth in the application; and it is further

ORDERED, that Amini LLC shall be compensated for services rendered and reimbursed for expenses incurred on behalf of the Debtor, by applying for allowance of compensation and reimbursement of expenses pursuant to Bankruptcy Code section 330-31, Rule 2016 and Del. Bankr. L.R. 2016-1.