# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | Obj. Deadline: July 3, 2020 at 4:00 p.m. |

## APPLICATION OF DEBTOR FOR ORDER AUTHORIZING IT TO EMPLOY KLEIN LLC AS DELAWARE COUNSEL NUNC PRO TUNC TO JUNE 18, 2020

The Debtor hereby moves for an order, in the form annexed hereto, authorizing it to employ Klein LLC as Delaware counsel nunc pro tunc to June 18, 2020, pursuant to Bankruptcy Code section 327(a).

**KLEIN LLC'S QUALIFICATIONS; PROFESSIONAL SERVICES TO BE RENDERED**

1.  The Debtor wishes to employ Klein LLC as its Delaware counsel in this chapter 11 case because of its extensive chapter 11 knowledge and experience.

**PROFESSIONAL COMPENSATION**

2.  The Debtor understands that Klein LLC intends to apply for allowance of compensation on an hourly basis for professional services rendered, and to seek reimbursement of actual and necessary expenses incurred in connection with this case and any associated adversary proceeding or appeal.

3.  The Debtor further understands that Klein LLC will bill at its customary hourly rates which, with respect to the professionals expected to work on this matter are as follows: Julia Klein—$375/hour.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

## CONNECTIONS; DISINTERESTEDNESS

4. Klein LLC has advised the Debtor that, to the best of its knowledge, it has no connections with the Debtor, its creditors, the United States Trustee for this District, any person employed by the Office of the United States Trustee or any other party in interest.

5. Klein LLC's statement pursuant to Rule 2014(a), and disclosure of its compensation pursuant to Rule 2016(b), are set forth in the annexed Declaration of Julia Klein.

6. Based on the Debtor's review of the declaration, the Debtor believes Klein LLC does not hold or represent an interest adverse to the Debtor and is disinterested.

## NO PRIOR REQUEST

7. No prior application has been made for the relief requested herein to this Court or to any other court.

WHEREFORE, the Debtor requests that the Court enter the annexed proposed order and grant such other and further relief as this Court deems just and proper.

Dated: June 18, 2020

FACTOM, INC.

_____
Paul Snow, CEO