# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | **Re: D.I. \_\_\_\_** |

**ORDER SCHEDULING HEARING DATE**

Upon consideration of the *Certification of Counsel for Order Scheduling Hearing Date*,

IT IS HEREBY ORDERED THAT:

1.    The following date and time has been scheduled as a hearing in this chapter 11 case:

**July 16, 2020 at 11:00 a.m.**          6th Floor, Courtroom #1

---

[1]    The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750.  The last 4 digits of its taxpayer identification number are 6915.