## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | Re: D.I. _____ |

## ORDER SCHEDULING HEARING DATE

Upon consideration of the *Certification of Counsel for Order Scheduling Hearing Date*,

IT IS HEREBY ORDERED THAT:

1. The following date and time has been scheduled as a hearing in this chapter 11 case:

    **July 16, 2020 at 11:00 a.m.**     **6th Floor, Courtroom #1**

**Dated: June 19th, 2020**
**Wilmington, Delaware**

                                              **BRENDAN L. SHANNON**
                                              **UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.