# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| FACTOM, INC., | : | Case No. 20-11602 (BLS) |
| | : | |
|     Debtor. | : | |
| ---------------------------------- | : | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

    Pursuant to 11 U.S.C. § 1183(a), the United States trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Natasha Songonuga
Gibbons, P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Office: (302) 518 6324
Mobile: (302) 332-9972
Fax: (302) 397-2139
E-Mail: nsongonuga@gibbonslaw.com

    The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: June 19, 2020

    **ANDREW R. VARA**
    **UNITED STATES TRUSTEE, REGIONS 3 AND 9**

    By:  /s/ Hannah McCollum
    Hannah McCollum, Esq.
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 N. King Street, Room 2207, Lockbox 35
    Wilmington, DE 19801
    Office: (302) 483-2303
    Mobile: (202) 573-3275
    Fax: (302) 573-6497
    E-Mail: hannah.mccollum@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| FACTOM, INC., | : | Case No. 20-11602 (BLS) |
| | : | |
| Debtor. | : | |
| ---------------------------------- | : | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate (i) seeking compensation for my service in this case at an hourly rate of $400.00, in addition to seeking reimbursement for any actual and necessary expenses I incur; and (ii) utilizing paralegals, when necessary and to the extent tasks are delegable under the Code, whose rates vary between $225.00 and $295.00 per hour.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Date: June 19, 2020

/s/  Natasha M. Songonuga
Natasha M. Songonuga (DE 5391)
Gibbons, P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Office: (302) 518 6324
Mobile: (302) 332-9972
Fax: (302) 397-2139
E-Mail: nsongonuga@gibbonslaw.com