**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **FACTOM, INC.,** | : | **Case No. 20-11602 (BLS)** |
| **Debtor.** | | |
| | : | |
| | : | **341 Meeting Date: July 17, 2020 at 10:00 a.m. (EDT)** |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **July 17, 2020 at 10:00 a.m. (EDT)** will be held telephonically. Parties wishing to participate in the section 341 meeting should dial in using telephone number: **1(866) 621-1355**, and participants code: **7178157**.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S Trustee counsel asks you to identify yourself or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.

If you have any questions, you may contact David Villagrana, Trial attorney for the United States Trustee's Office: David Villagrana, Trial Attorney, 844 King Street, Suite 2207, Wilmington, DE 19801 | Telephone: (202) 329-5836 | E-Mail: David.Villagrana2@usdoj.gov

**Dated:** June 19, 2020

                                    **ANDREW R. VARA**
                                    **UNITED STATES TRUSTEE**
                                    **REGIONS 3 AND 9**

                                  By: /s/ David Villagrana
                                  David Villagrana, Esq.
                                  Trial Attorney
                                  United States Department of Justice
                                  Office of the United States Trustee
                                  J. Caleb Boggs Federal Building
                                  844 N. King Street, Room 2207, Lockbox 35
                                  Wilmington, DE 19801
                                  Office: (302) 573-6478
                                  Mobile: (202) 329-5836
                                  Fax: (302) 573-6497
                                  E-Mail: David.villagrana2@usdoj.gov