# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: BonnieA | Date Created: 6/19/2020 |
| Case: 20−11602−BLS | Form ID: 309F2 | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Factom, Inc.    10906 Opal Trail    Austin, TX 78750 | |
| tr | Natasha M. Songonuga    Gibbons P.C.    300 Delaware Avenue    Suite 1015    Wilmington, DE 19801−1671 | |
| aty | Jeffrey Chubak    AMINI LLC    131 WEST 35TH STREET, 12TH FLOOR    NEW YORK, NY 10001 | |
| aty | Julia Bettina Klein    Klein LLC    919 N. Market Street    Suite 600    Wilmington, DE 19801 | |
| 15029331 | Delaware Secretary of State    Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903 | |
| 15029335 | Delaware State Treasury    820 Silver Lake Blvd., Suite 100    Dover, DE 19904 | |
| 15029326 | DuBois Bryant & Campbell LLP    Attn: Seth Meisel    303 Colorado Street    Suite 2300    Austin, TX 78701 | |
| 15029323 | FastForward Innovations Limited    11 New Street    St. Peter Port    Guernsey    GY1 3EG | |
| 15029327 | Internal Revenue Service    Centralized Insolvency Office    P.O. Box 7346    Philadelphia, PA 19101−7346 | |
| 15029334 | Internal Revenue Service    P. O. Box 7346    Philadelphia, PA 19101−7346 | |
| 15029324 | Perkins Coie LLP    1201 Third Avenue    Suite 4800    Seattle, WA 98101 | |
| 15029336 | Secretary of State    Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903 | |
| 15029332 | Securities & Exchange Commission    100 F Street, NE    Washington, DC 20549 | |
| 15029333 | Securities & Exchange Commission    New York Regional Office    Attn: Andrew Calamari, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022 | |
| 15029325 | Silicon Valley Bank    504 Lavaca Street    Suite 1100    Austin, TX 78701 | |
| 15029328 | Texas Comptroller of Public Accounts    Revenue Accounting Division − Bankruptcy    P.O. Box 13528    Capital Station    Austin, TX 78711 | |
| 15029329 | Texas Workforce Commission    TWC Building − Regulatory Integrity Divi    101 East 15th Street    Austin, TX 78778 | |
| 15029322 | U.S. REIF EURUS Austin LLC    c/o Intercontinental Real Estate Corp.    1270 Soldiers Field Road    Boston, MA 02135 | |
| 15029330 | U.S. Small Business Administration    Little Rock Commercial Loan Servicing Ce    2120 Riverfront Drive    Suite 100    Little Rock, AR 72202 | |

TOTAL: 19