| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Factom, Inc.**<br>Name | EIN **46–1756915** |
| United States Bankruptcy Court **District of Delaware**<br>Case number: **20–11602–BLS** | | Date case filed for chapter **11  6/18/20** |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

| 1. | **Debtor's full name** | Factom, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| | **Jointly Administered Cases** | **Case No.** | **Tax ID.** |
| 3. | **Address** | 10906 Opal Trail<br>Austin, TX 78750 | |
| 4. | **Debtor's attorney**<br>Name and address | Julia Bettina Klein<br>Klein LLC<br>919 N. Market Street<br>Suite 600<br>Wilmington, DE 19801 | Contact phone  (302) 438–0456<br><br>Email:  klein@kleinllc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natasha M. Songonuga<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801–1671 | Contact phone  (302) 518–6324<br><br>Email:  nsongonuga@gibbonslaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone  302–252–2900<br><br>Date: 6/19/20 |

**For more information, see page 2 >**

Debtor **Factom, Inc.**     Case number **20–11602–BLS**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 17, 2020 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **844 King Street, Room 3209, Wilmington, DE 19801** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim: 8/17/20** For a governmental unit: **12/15/20** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form, Official Form B410, may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims–information. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:**    _____ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

```
                            United States Bankruptcy Court
                                 District of Delaware

In re:                                                          Case No. 20-11602-BLS
Factom, Inc.                                                    Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0311-1           User: BonnieA              Page 1 of 1          Date Rcvd: Jun 19, 2020
                               Form ID: 309F2             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Factom, Inc.,    10906 Opal Trail,    Austin, TX 78750-1525
aty            +Jeffrey Chubak,    AMINI LLC,    131 WEST 35TH STREET, 12TH FLOOR,    NEW YORK, NY 10001-2111
tr              Natasha M. Songonuga,    Gibbons P.C.,    300 Delaware Avenue,    Suite 1015,
                 Wilmington, DE 19801-1671
15029335       +Delaware State Treasury,    820 Silver Lake Blvd., Suite 100,    Dover, DE 19904-2464
15029326       +DuBois Bryant & Campbell LLP,    Attn: Seth Meisel,    303 Colorado Street,    Suite 2300,
                 Austin, TX 78701-0021
15029324       +Perkins Coie LLP,    1201 Third Avenue,    Suite 4800,    Seattle, WA 98101-3266
15029325       +Silicon Valley Bank,    504 Lavaca Street,    Suite 1100,    Austin, TX 78701-2858
15029322       +U.S. REIF EURUS Austin LLC,    c/o Intercontinental Real Estate Corp.,
                 1270 Soldiers Field Road,    Boston, MA 02135-1003
15029330       +U.S. Small Business Administration,    Little Rock Commercial Loan Servicing Ce,
                 2120 Riverfront Drive,    Suite 100,    Little Rock, AR 72202-1794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: klein@kleinllc.com Jun 19 2020 22:08:46      Julia Bettina Klein,    Klein LLC,
                 919 N. Market Street,    Suite 600,    Wilmington, DE  19801
15029331       +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US Jun 19 2020 22:09:12      Delaware Secretary of State,
                 Division of Corporations,    Franchise Tax,    P.O. Box 898,    Dover, DE 19903-0898
15029327        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 22:08:51      Internal Revenue Service,
                 Centralized Insolvency Office,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15029336       +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US Jun 19 2020 22:09:12      Secretary of State,
                 Division of Corporations,    Franchise Tax,    P.O. Box 898,    Dover, DE 19903-0898
15029333       +E-mail/Text: nyrobankruptcy@sec.gov Jun 19 2020 22:09:02      Securities & Exchange Commission,
                 New York Regional Office,    Attn: Andrew Calamari, Regional Director,    Brookfield Place,
                 200 Vesey Street, Suite 400,    New York, NY 10281-1013
15029332       +E-mail/Text: secbankruptcy@sec.gov Jun 19 2020 22:08:56      Securities & Exchange Commission,
                 100 F Street, NE,    Washington, DC 20549-2001
15029328        E-mail/Text: pacer@cpa.state.tx.us Jun 19 2020 22:09:05
                 Texas Comptroller of Public Accounts,    Revenue Accounting Division - Bankruptcy,
                 P.O. Box 13528,    Capital Station,    Austin, TX 78711
15029329       +E-mail/Text: ridpacer@twc.state.tx.us Jun 19 2020 22:09:06      Texas Workforce Commission,
                 TWC Building - Regulatory Integrity Divi,    101 East 15th Street,    Austin, TX 78778-0001
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15029323        FastForward Innovations Limited,    11 New Street,    St. Peter Port,    Guernsey,    GY1 3EG
15029334*       Internal Revenue Service,    P. O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              David Villagrana   on behalf of U.S. Trustee   U.S. Trustee David.Villagrana2@usdoj.gov
              Hannah Mufson McCollum   on behalf of U.S. Trustee   U.S. Trustee hannah.mccollum@usdoj.gov
              Julia Bettina Klein   on behalf of Debtor   Factom, Inc. klein@kleinllc.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```