**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **FACTOM, INC.,** | : | **Case No. 20-11602 (BLS)** |
|     **Debtor.** | : | |
| | : | |
| | : | **341 Meeting Date: July 17, 2020 at 10:00 a.m. (EDT)** |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **July 17, 2020 at 10:00 a.m. (EDT)** will be held telephonically. Parties wishing to participate in the section 341 meeting should dial in using telephone number: **1(866) 621-1355**, and participants code: **7178157**.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S Trustee counsel asks you to identify yourself or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.

If you have any questions, you may contact David Villagrana, Trial attorney for the United States Trustee's Office: David Villagrana, Trial Attorney, 844 King Street, Suite 2207, Wilmington, DE 19801 | Telephone: (202) 329-5836 | E-Mail: David.Villagrana2@usdoj.gov

**Dated:** June 19, 2020

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE**
        **REGIONS 3 AND 9**

        By: /s/ David Villagrana
        David Villagrana, Esq.
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 N. King Street, Room 2207, Lockbox 35
        Wilmington, DE 19801
        Office: (302) 573-6478
        Mobile: (202) 329-5836
        Fax: (302) 573-6497
        E-Mail: David.villagrana2@usdoj.gov

```
                              United States Bankruptcy Court
                                   District of Delaware
In re:                                                              Case No. 20-11602-BLS
Factom, Inc.                                                        Chapter 11
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0311-1           User: BonnieA                Page 1 of 1        Date Rcvd: Jun 19, 2020
                               Form ID: pdf341              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Factom, Inc.,    10906 Opal Trail,    Austin, TX 78750-1525
aty            +Jeffrey Chubak,    AMINI LLC,    131 WEST 35TH STREET, 12TH FLOOR,      NEW YORK, NY 10001-2111
tr              Natasha M. Songonuga,    Gibbons P.C.,    300 Delaware Avenue,    Suite 1015,
                 Wilmington, DE 19801-1671
15029335       +Delaware State Treasury,    820 Silver Lake Blvd., Suite 100,    Dover, DE 19904-2464
15029326       +DuBois Bryant & Campbell LLP,     Attn: Seth Meisel,    303 Colorado Street,    Suite 2300,
                 Austin, TX 78701-0021
15029324       +Perkins Coie LLP,    1201 Third Avenue,    Suite 4800,    Seattle, WA 98101-3266
15029325       +Silicon Valley Bank,    504 Lavaca Street,    Suite 1100,    Austin, TX 78701-2858
15029322       +U.S. REIF EURUS Austin LLC,     c/o Intercontinental Real Estate Corp.,
                 1270 Soldiers Field Road,    Boston, MA 02135-1003
15029330       +U.S. Small Business Administration,     Little Rock Commercial Loan Servicing Ce,
                 2120 Riverfront Drive,    Suite 100,    Little Rock, AR 72202-1794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15029331       +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US Jun 19 2020 22:09:12      Delaware Secretary of State,
                 Division of Corporations,    Franchise Tax,    P.O. Box 898,    Dover, DE 19903-0898
15029327        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 22:08:51      Internal Revenue Service,
                 Centralized Insolvency Office,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15029336       +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US Jun 19 2020 22:09:12      Secretary of State,
                 Division of Corporations,    Franchise Tax,    P.O. Box 898,    Dover, DE 19903-0898
15029333       +E-mail/Text: nyrobankruptcy@sec.gov Jun 19 2020 22:09:02      Securities & Exchange Commission,
                 New York Regional Office,    Attn: Andrew Calamari, Regional Director,     Brookfield Place,
                 200 Vesey Street, Suite 400,    New York, NY 10281-1013
15029332       +E-mail/Text: secbankruptcy@sec.gov Jun 19 2020 22:08:56      Securities & Exchange Commission,
                 100 F Street, NE,    Washington, DC 20549-2001
15029328        E-mail/Text: pacer@cpa.state.tx.us Jun 19 2020 22:09:05
                 Texas Comptroller of Public Accounts,     Revenue Accounting Division - Bankruptcy,
                 P.O. Box 13528,    Capital Station,    Austin, TX 78711
15029329       +E-mail/Text: ridpacer@twc.state.tx.us Jun 19 2020 22:09:06      Texas Workforce Commission,
                 TWC Building - Regulatory Integrity Divi,     101 East 15th Street,     Austin, TX 78778-0001
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15029323        FastForward Innovations Limited,    11 New Street,    St. Peter Port,    Guernsey,    GY1 3EG
15029334*       Internal Revenue Service,    P. O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              David Villagrana    on behalf of U.S. Trustee    U.S. Trustee David.Villagrana2@usdoj.gov
              Hannah Mufson McCollum    on behalf of U.S. Trustee    U.S. Trustee hannah.mccollum@usdoj.gov
              Julia Bettina Klein    on behalf of Debtor    Factom, Inc. klein@kleinllc.com
              U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```