IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FACTOM, INC., | Case No. 20-11602 (BLS) |
| Debtor. | **AFFIDAVIT OF SERVICE** |

Leah Khalil, being duly sworn, deposes and says:

    I am over eighteen years of age. On June 19, 2020, I served the following documents by first class mail, on those entities listed on the annexed Service List, being all entities listed on the Debtors' Schedule D, E-F and G and Creditor Matrix [D.I. 5, 13], and the United States Trustee and Subchapter V Trustee:

- Motion of the Debtor for Order Authorizing it to Pay Premium Financing Obligations [D.I. 7];

- Motion of the Debtor for Order Establishing Deadlines to File Proofs of Claim and Approving Form and Manner of Notice Thereof [D.I. 8];

- Motion of the Debtor for Order Authorizing Rejection of Unexpired Lease Nunc Pro Tunc to Petition Date [D.I. 9];

- Motion of the Debtor for Order Scheduling Confirmation Hearing and Fixing Related Deadlines and Approving Form of Ballot and Notice [D.I. 10];

- Application of Debtor for Order Authorizing it to Employ Amini LLC as Counsel Nunc Pro Tunc to June 18, 2020 [D.I. 11];

- Application of Debtor for Order Authorizing it to Employ Klein LLC as Delaware Counsel Nunc Pro Tunc to June 18, 2020 [D.I. 12]

- Order Scheduling Hearing Date [D.I. 15]; and

- Notice of Motions and Hearing [D.I. 16].

_____
Leah Khalil

Sworn to before me this June 19, 2020

_____
Notary Public
JEFFREY CHUBAK
Notary Public, Sate of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

## SERVICE LIST

| | |
|---|---|
| DuBois Bryant & Campbell LLP<br>Attn: Seth Meisel<br>303 Colorado Street<br>Suite 2300<br>Austin, TX 78701 | Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| FastForward Innovations Limited<br>11 New Street<br>St. Peter Port<br>Guernsey<br>GY1 3EG | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jay Smith<br>104 Lady Bird Cove<br>Georgetown, TX 78628 | Paul Snow<br>10906 Opal Trail<br>Austin, TX 78750 |
| Perkins Coie LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101 | Select Premium<br>102 North Washington Street<br>El Campo, TX 77437 |
| Silicon Valley Bank<br>504 Lavaca Street<br>Suite 1100<br>Austin, TX 78701 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528<br>Capital Station<br>Austin, TX 78711 |
| Texas Workforce Commission<br>TWC Building - Regulatory Integrity Division<br>101 East 15th Street<br>Austin, TX 78778 | U.S. REIF EURUS Austin LLC<br>c/o Intercontinental Real Estate Corp.<br>1270 Soldier's Field Road<br>Boston, MA 02135 |
| U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive<br>Suite 100<br>Little Rock, AR 72202 | Watkins Insurance Group<br>3834 Spicewood Springs Road<br>Suite 100<br>Austin, TX 78701 |
| Office of the United States Trustee<br>Attn: Hannah Mufson McCollum<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | Office of the United States Trustee<br>Attn: David Villangrana<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 |
| Gibbons, P.C.<br>Attn: Natasha Songonuga<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801 | |