# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON JUNE 24, 2020 AT 3:00 P.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**Please note that parties wishing to appear must appear through both Courtcall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**Topic: Factom Inc. - Case No. 20-11602 (BLS)
Time: Jun 24, 2020 03:00 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1602741140**

**Meeting ID: 160 274 1140
Password: 385573**

**To appear telephonically via Courtcall, Parties must make prior arrangements Courtcall by telephone (866) 582-6878.**

---

**I.    MATTERS GOING FORWARD AS A STATUS CONFERENCE:**

1.   Motion to Authorize Payment of Premium Financing Obligations [D.I. 7; filed 06]

   Objection/Response Deadline:    July 3, 2020, extended for the Office of the United States Trustee and Subchapter V Trustee to July 8, 2020.

   Objections/Responses Received:    None to date.

---

[1]    The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

Related Documents:

A. Chapter 11 Small Business Subchapter V Petition [D.I. 1; filed 06/18/20].

B. Chapter 11 Small Business Subchapter V Plan [D.I. 3; filed 06/19/20].

C. Statement of Financial Affairs [D.I. 4; filed 06/19/20].

D. Schedules/Statements: Schedules A-B, D, E-F, G, H, and Declaration Concerning Schedules [D.I. 5; filed 06/19/20].

E. Notice of Filing of Amended and Restated Simple Agreement for Future Equity [D.I. 6; filed 06/19/20].

Status: This matter is going forward as a status conference.

2. Motion for Order Establishing Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballot and Notice [D.I. 10].

Objection/Response Deadline: July 3, 2020, extended for the Office of the United States Trustee and Subchapter V Trustee to July 8, 2020.

Objections/Responses Received: None to date.

Related Documents:

A. Chapter 11 Small Business Subchapter V Plan [D.I. 3; filed 06/19/20].

B. Motion to Establish Deadline to File Proofs of Claim [D.I. 8];

C. Motion to Reject Lease or Executory Contract [D.I. 9];

D. Motion to Establish Deadline to File Proofs of Claim [D.I. 8];

E. Motion to Reject Lease or Executory Contract [D.I. 9];

F. Motion to Employ Amini LLC as Counsel to the Debtor [D.I. 11]; and

G. Motion to Employ Klein LLC as Delaware Counsel to the Debtor [D.I. 12].

Status: This matter is going forward as a status conference.

Dated: June 22, 2020
      Wilmington, Delaware

          */s/ Julia Klein*
          Julia Klein (DE 5198)
          KLEIN LLC
          919 North Market Street, Suite 600
          Wilmington, Delaware 19801
          (302) 438-0456
          klein@kleinllc.com

          - and –

          Jeffrey Chubak (pro hac vice)
          AMINI LLC
          131 West 35th Street, 12th Floor
          New York, New York 10001
          (212) 490-4700
          jchubak@aminillc.com

          *Proposed Attorneys for the Debtor*