**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Jeffrey Chubak to represent the Debtor in this case.

KLEIN LLC

/s/ Julia Klein
Julia Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with the Local Rules of Bankruptcy Practice and Procedure of this Court and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25 has been paid to the District Court Clerk.

AMINI LLC

/s/ Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission pro hac vice is granted.

**Dated: June 22nd, 2020**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE