IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

In accordance with Rule 1007(a)(3), annexed hereto is a capitalization table listing the name of each of the Debtor's equity security holders of each class and the number and kind of interests registered in the name of each holder, and a chart identifying the last known address of each holder.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

**Factom, Inc. Detailed Capitalization Table**
As of 06/10/2020 • Generated by Ted Gilman (ted@factom.com) at 06/10/2020 01:29:36

carta

| Name | Common (UCS) | Series A-1 Preferred (PA1) | Series A-1 Preferred (PA1) 1:1 Conversion Ratio | Series A-2 Preferred (PA2) | Series A-2 Preferred (PA2) 1:1 Conversion Ratio | Series A Preferred (PA) | Series A Preferred (PA) 1:1 Conversion Ratio | Series Seed Preferred (PS) | Series Seed Preferred (PS) 1:1 Conversion Ratio | Options and RSU's Outstanding Under 2015 Stock Plan | Common Warrants | Outstanding Shares | Fully Diluted Shares | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abhi Dobhal | | | | | | | | | | 989,000 | | | 989,000 | .0000% | 4.7677% |
| ACB Holdings, LP | | | | | | | | 25,000 | 25,000 | | | 25,000 | 25,000 | .1683% | 0.1205% |
| Alexander Danielides | | | | | | | | 10,000 | 10,000 | | | 10,000 | 10,000 | .0673% | 0.0482% |
| Alyse Killeen | 37,500 | | | | | | | | | | | 37,500 | 37,500 | .2524% | 0.1808% |
| Andrew Yashchuk | 808,000 | | | | | | | | | | | 808,000 | 808,000 | 5.4392% | 3.8951% |
| Anthony Gaitan | | | | | | | | 10,000 | 10,000 | | | 10,000 | 10,000 | .0673% | 0.0482% |
| Atul Sharma | | | | | | 2,799 | 2,799 | | | | | 2,799 | 2,799 | .0188% | 0.0135% |
| Bitcoin Capital SP | | | | | | | | 100,000 | 100,000 | | | 100,000 | 100,000 | .6732% | 0.4821% |
| Bnk to the Future Factom 2 SP, a Segregated Portfolio of Bnk to the Future Capital SPC | | | | | | 147,599 | 147,599 | | | | | 147,599 | 147,599 | .9936% | 0.7115% |
| BNK TO THE FUTURE FACTOM SP | | | | | | | | 206,000 | 206,000 | | | 206,000 | 206,000 | 1.3867% | 0.9931% |
| Bo Wang | 107,333 | | | | | | | | | | | 107,333 | 107,333 | .7225% | 0.5174% |
| Brian Deery | 956,000 | | | | | 422,731 | 422,731 | | | 315,337 | | 1,378,731 | 1,694,068 | 9.2811% | 8.1666% |
| Bruce Fenton | 20,000 | | | | | | | | | | | 20,000 | 20,000 | .1346% | 0.0964% |
| Carlos Gimeno | | | | | | 14,014 | 14,014 | | | | | 14,014 | 14,014 | .0943% | 0.0676% |
| CashBUS | | | | | | 83,986 | 83,986 | | | | | 83,986 | 83,986 | .5654% | 0.4049% |
| Chickamauga Investments - Tech Ventures LLC | | | | | | | | 100,000 | 100,000 | | | 100,000 | 100,000 | .6732% | 0.4821% |
| China Canada Angels Alliance Ltd. In Trust | | | | | | | | 200,000 | 200,000 | | | 200,000 | 200,000 | 1.3463% | 0.9641% |
| Clay Douglass | 135,697 | | | | | | | | | | | 135,697 | 135,697 | .9135% | 0.6542% |
| ClearHaven Ventures, LLC | | | | | | | | 25,000 | 25,000 | | | 25,000 | 25,000 | .1683% | 0.1205% |
| Darin T Boyd Revocable Trust dated April 28, 2015 | | | | | | 13,997 | 13,997 | | | | | 13,997 | 13,997 | .0942% | 0.0675% |
| David M. Green Living Trust | | | | | | | | 15,000 | 15,000 | | | 15,000 | 15,000 | .1010% | 0.0723% |
| Donald Robert Baker, as Trustee of DBob Trust | 543,000 | | | | | | | | | | | 543,000 | 543,000 | 3.6553% | 2.6176% |
| Donna L. Masley | | | | | | 13,997 | 13,997 | | | | | 13,997 | 13,997 | .0942% | 0.0675% |
| Draper Associates Partners V, LLC | | | | | | | | | | | 147,457 | | 147,457 | .0000% | 0.7108% |
| Draper Associates Partners V, LLC | | | | | | 147,424 | 147,424 | | | | | 147,424 | 147,424 | .9924% | 0.7107% |
| Draper Associates V, L.P. | | | | | | 412,486 | 412,486 | | | | | 412,486 | 412,486 | 2.7767% | 1.9885% |
| Draper Associates V, L.P. | | | | | | | | | | | 412,579 | | 412,579 | .0000% | 1.9889% |
| FastForward Innovations Limited | | | | | | | | 400,000 | 400,000 | | | 400,000 | 400,000 | 2.6927% | 1.9283% |
| Fenbushi Investment Fund LP | | 258,431 | 258,431 | 279,955 | 279,955 | | | | | | | 538,386 | 538,386 | 3.6242% | 2.5954% |
| Hillary A. Ryan | | | | | | 111,982 | 111,982 | | | | | 111,982 | 111,982 | .7538% | 0.5398% |
| Jay Smith | | | | | | | | | | | 186,779 | | 186,779 | .0000% | 0.9004% |
| Jitendra Sinha | | | | | | 2,799 | 2,799 | | | | | 2,799 | 2,799 | .0188% | 0.0135% |
| John Prince | 83,333 | | | | | | | | | | | 83,333 | 83,333 | .5610% | 0.4017% |
| Joseph Blackstone Dilworth III and Evangelina Souza Dilworth | | | | | | 380,005 | 380,005 | | | | | 380,005 | 380,005 | 2.5581% | 1.8319% |
| Joseph Peter Passamano | | | | | | | | 5,000 | 5,000 | | | 5,000 | 5,000 | .0337% | 0.0241% |
| Kamesh Raghavendra | 11,666 | | | | | | | | | | | 11,666 | 11,666 | .0785% | 0.0562% |
| Kevin Deery | | | | | | | | 25,000 | 25,000 | | | 25,000 | 25,000 | .1683% | 0.1205% |
| Kevin Spiers and Darla Spiers | | | | | | 27,994 | 27,994 | | | | | 27,994 | 27,994 | .1884% | 0.1350% |
| Kristina B. Hicks and Dallas Carroll | | | | | | 19,000 | 19,000 | | | | | 19,000 | 19,000 | .1279% | 0.0916% |
| Leon Fu | | | | | | 32,250 | 32,250 | | | | | 32,250 | 32,250 | .2171% | 0.1555% |
| Marc Schubert Living Trust Dtd 10/29/2000 | | | | | | 142,499 | 142,499 | | | | | 142,499 | 142,499 | .9593% | 0.6869% |
| Matt Roszak | 20,000 | | | | | | | | | | | 20,000 | 20,000 | .1346% | 0.0964% |
| Matthew Whittington | 94,375 | | | | | | | | | | | 94,375 | 94,375 | .6353% | 0.4550% |
| Medici Ventures, Inc. | | | | | | 419,932 | 419,932 | | | | | 419,932 | 419,932 | 2.8268% | 2.0244% |
| Michael Beam | 379,000 | | | | | | | | | | | 379,000 | 379,000 | 2.5513% | 1.8270% |
| Paul Snow | 1,453,000 | | | | | 124,049 | 124,049 | | | | | 1,577,049 | 1,577,049 | 10.6162% | 7.6025% |
| Peeli Ventures Ltd. | | | | | | 559,910 | 559,910 | | | | | 559,910 | 559,910 | 3.7691% | 2.6992% |
| Peter Kirby | 1,179,500 | | | | | 124,049 | 124,049 | | | | | 1,303,549 | 1,303,549 | 8.7750% | 6.2840% |
| Piotr Jakub Piasecki | 223,458 | | | | | | | | | | | 223,458 | 223,458 | 1.5042% | 1.0772% |
| Plug & Play Venture Group, LLC | 130,000 | 167,980 | 167,980 | | | | | | | | | 297,980 | 297,980 | 2.0059% | 1.4365% |
| Propertyinfo Corporation | | | | | | 419,932 | 419,932 | | | | | 419,932 | 419,932 | 2.8268% | 2.0244% |
| Rebekah T. Ryan | | | | | | 13,997 | 13,997 | | | | | 13,997 | 13,997 | .0942% | 0.0675% |
| Ricardo Jimenez Hernandez | | | | | | 27,994 | 27,994 | | | | | 27,994 | 27,994 | .1884% | 0.1350% |
| Roland Hicks | | | | | | | | | | | 20,000 | | 20,000 | .0000% | 0.0964% |
| Roland Hicks | | | | | | 142,499 | 142,499 | | | | | 142,499 | 142,499 | .9593% | 0.6869% |
| Seedcoin Limited | | 73,291 | 73,291 | | | | | 150,000 | 150,000 | | | 223,291 | 223,291 | 1.5031% | 1.0764% |
| Star Vista Capital, LLC | | | | | | 111,982 | 111,982 | | | | | 111,982 | 111,982 | .7538% | 0.5398% |
| Tanner Evans | 113,464 | | | | | | | | | | | 113,464 | 113,464 | .7638% | 0.5470% |
| Tiana Laurence | 594,500 | | | | | 2,799 | 2,799 | 5,000 | 5,000 | | | 602,299 | 602,299 | 4.0545% | 2.9035% |
| Tospring Technology Limited | | | | | | | | 200,000 | 200,000 | | | 200,000 | 200,000 | 1.3463% | 0.9641% |
| Windup Capital Corporation | | | | | | | | 20,000 | 20,000 | | | 20,000 | 20,000 | .1346% | 0.0964% |
| Xujun (Jack) Lu | 328,750 | | | | | | | | | | | 328,750 | 328,750 | 2.2130% | 1.5848% |
| Yeoman's Capital LP | 1,303,000 | | | | | 124,049 | 124,049 | | | | | 1,427,049 | 1,427,049 | 9.6064% | 6.8794% |
| Zachary Lynde | | | | | | 11,198 | 11,198 | | | | | 11,198 | 11,198 | .0754% | 0.0540% |
| Options and RSU's issued and outstanding | | | | | | | | | | 1,511,116 | | | | | |
| Shares available for issuance under the plan | | | | | | | | | | 3,817,558 | | | 3,817,558 | | 18.4033% |
| **Fully diluted shares** | 8,521,576 | 499,702 | | 279,955 | | 4,057,952 | | 1,496,000 | | 5,328,674 | 560,036 | | 20,743,895 | | 100.0000% |
| **Fully Diluted Ownership** | 41.0799% | 2.4089% | | 1.3496% | | 19.5622% | | 7.2118% | | 25.6879% | 2.6998% | | 100.0000% | | |
| **Total Shares Outstanding** | 8,521,576 | 499,702 | | 279,955 | | 4,057,952 | | 1,496,000 | | | | 14,855,185 | | 100.0000% | |
| **Percentage Outstanding** | 57.3643% | 3.3638% | | 1.8846% | | 27.3167% | | 10.0706% | | | | 100.0000% | | | |
| **Price per share** | | $ 0.7739 | $ 0.7739 | $ 1.4288 | $ 1.4288 | $ 1.786 | $ 1.786 | $ 1.00 | $ 1.00 | | | | | | |

| Equity Interest Holder | Address 1 | Address 2 | City | State | ZIP Code | Country |
|---|---|---|---|---|---|---|
| Abhi Dobhal | 4600 Seton Center Parkway | | Austin | TX | 78759 | United States |
| ACB Holdings, LP | 777 Main Street | Suite 700 | Fort Worth | TX | 76102 | United States |
| Alexander Danielides | 305 West Bell Street | | Houston | TX | 77006 | United States |
| Alyse Killeen | 834 South Orange Grove Avenue | | Los Angeles | CA | 90036 | United States |
| Andrew Yashchuk | 4301 West William Cannon Drive | Suite B 150-135 | Austin | TX | 78749 | United States |
| Anthony Gaitan | 475 Brickel Avenue | #5508 | Miami | FL | 33131 | United States |
| Atul Sharma | 36 Zaitz Farm Road | | West Windsor | NJ | 08550 | United States |
| Bitcoin Capital SP | CO Services Cayman Islands | Willow House, Cricket Square | P.O. Box 10008 | | KY1-1001 | Cayman Islands |
| Bnk to the Future Factom 2 SP, a Segregated Portfolio of Bnk to the Future Capital SPC | CO Services Cayman Islands | Willow House, Cricket Square | P.O. Box 10008 | | KY1-1001 | Cayman Islands |
| Bnk to the Future Factom SP | CO Services Cayman Islands | Willow House, Cricket Square | P.O. Box 10008 | | KY1-1001 | Cayman Islands |
| Bo Wang | N/A--Did Not Purchase Shares | | | | | |
| Brian Deery | 3839 Dry Creek Drive | #137 | Austin | TX | 78731 | United States |
| Bruce Fenton | 167 Washington Street | | Norwell | MA | 2061 | United States |
| Carlos Gimeno | Guzchipelin de Escazu | Condominio Cerro Alto, Casa 27-5 | San Jose | | | Costa Rica |
| CashBUS | Chang Liu Road 58, Office 1002 | Grand Cube Building | Pudong Shanghai | | | China |
| Chickamauga Investments - Tech Ventures LLC | 57 St. Stephens School Road | | Austin | TX | 78746 | United States |
| China Canada Angels Alliance Ltd. In Trust | 26 Brock Avenue | | Markham | Ontario | L6C0T3 | Canada |
| Clay Douglass | 8707 Dorman Cove | | Austin | TX | 78717 | United States |
| ClearHaven Ventures, LLC | 1111 Caroline Street | #2607 | Houston | TX | 77010 | United States |
| Darin T Boyd Revocable Trust dated April 28, 2015 | 77 Van Ness Avenue | Suite 101, PMB #1204 | San Francisco | CA | 94102 | United States |
| David M. Green Living Trust | 123 Oak Place Drive | | Houston | TX | 77006 | United States |
| Donald Robert Baker, as Trustee of DBob Trust | 1600 South Lakeline Boulevard | Apt. 933 | Austin | TX | 78613 | United States |
| Donna L. Masley | 420 Foulkstone Road | | Wilmington | DE | 19803 | United States |
| Draper Associates Partners V, LLC | 2882 Sand Hill Road | Suite 150 | Menlo Park | CA | 94025 | United States |
| Draper Associates V, L.P. | 2882 Sand Hill Road | Suite 150 | Menlo Park | CA | 94025 | United States |
| FastForward Innovations Limited | 11 New Street | | St. Peter Port | | | Guernsey |
| Fenbushi Investment Fund LP | P.O. Box 2804 | Floor 4, Willow House, Cricket Square | Grand Cayman | | | Cayman Islands |
| Hillary A. Ryan | P.O. Box 309 | Ugland House | Grand Cayman | | KY1-1104 | Cayman Islands |
| Jay Smith | 104 Lady Bird Cove | | Georgetown | TX | 13403 | United States |
| Jitendra Sinha | 43 Woodland Drive | | Plainsboro | NJ | 08536 | United States |
| John Prince | 9450 SW Gemini Drive | | Beaverton | OR | 97008 | United States |
| Joseph Blackstone Dilworth III and Evangelina Souza Dilworth | 4007 McCullough | #472 | San Antonio | TX | 78212 | United States |
| Joseph Peter Passamano | 6 Sunpeak | | Irvine | CA | 92603 | United States |
| Kamesh Raghavendra | 309 10th Main Road | 3rd Block | Jayanagar | Bangalore | 560011 | India |
| Kevin Deery | 4300 Rosecliff Drive | | Charlotte | NC | 28277 | United States |
| Kevin Spiers and Darla Spiers | P.O. Box 164123 | | Austin | TX | 78716 | United States |
| Kristina B. Hicks and Dallas Carroll | 325 West 8th Street | #1108 | Los Angeles | CA | 90014 | United States |
| Leon Fu | 603 Davis Street | #1909 | Austin | TX | 78701 | United States |
| Marc Schubert Living Trust Dtd 10/29/2000 | 314 Fawn Ridge Street | | Georgetown | TX | 78628 | United States |
| Matt Roszak | 2883 Independence Avenue | | Glenview | IL | 60026 | United States |
| Matthew Whittington | 1803 Old Mill Road | | Cedar Park | TX | 78613 | United States |
| Medici Ventures, Inc. | 799 West Soiseum Way | | Midvale | UT | 84047 | United States |
| Michael Beam | 4304 NW 60th Street | | Oklahoma City | OK | 73112 | United States |
| Paul Snow | 1090 Opal Trail | | Austin | TX | 78750 | United States |
| Peeli Ventures Ltd. | Shanghai Mart No. 2299 Suite 2812 | Yan An Road West | Shanghai | | 200336 | China |
| Peter Kirby | 1301 West Lynn | Apt. 112 | Austin | TX | 78703 | United States |
| Piotr Jakub Piasecki | 1185 Quayside Drive | #504 | New Westminster | BC | V3M 6T8 | Canada |
| Plug & Play Venture Group, LLC | 440 North Wolfe Road | | Sunnyvale | CA | 94085 | United States |
| Propertyinfo Corporation | 980 Post Oak Boulevard | Suite 800 | Houston | TX | 77056 | United States |
| Rebekah T. Ryan | 4501 Westlake Drive | #16 | Austin | TX | 78746 | United States |
| Ricardo Jimenez Hernandez | 10050 Great Hills Trail | #826 | Austin | TX | 78759 | United States |
| Roland Hicks | 607 Baylor Street | | Austin | TX | 78703 | United States |
| Seedcoin Limited | Rod Town | | Tortola | | | British Virgin Islands |
| Star Vista Capital, LLC | 823 Congress Avenue | Suite 1111 | Austin | TX | 78701 | United States |
| Tanner Evans | 3580 North Roosevelt Street | | Kingman | AZ | 86409 | United States |
| Tiana Laurence | 3400 Harmon Avenue | Suite 426 | Austin | TX | 78705 | United States |
| Tospring Technology Limited | P.O. Box 1239 | Offshore Incorporations Centre | Victoria | Mahe | | Republic of Seychelles |
| Windup Capital Corporation | 5535 Memorial Drive | Suite F453 | Houston | TX | 77007 | United States |
| Xujun (Jack) Lu | 9002 Scotsman Drive | | Austin | TX | 78750 | United States |
| Yeoman's Capital LP | 11801 Domain Boulevard | 3rd Floor | Austin | TX | 78758 | United States |
| Zachary Lynde | 4700 North Capital of Texas Highway | Apt. 326 | Austin | TX | 78746 | United States |

**Fill in this information to identify the case and this filing:**

Debtor Name  Factom, Inc._____

United States Bankruptcy Court for the: _____ District of  Delaware____
(State)

Case number (*If known*): 20-11602 (BLS)_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of equity security holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/26/2020____
MM / DD / YYYY

X  /s/ Paul Alan Snow_____
Signature of individual signing on behalf of debtor

Paul Snow_____
Printed name

CEO_____
Position or relationship to debtor

Official Form 202                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**