# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | Hearing Date: 07/16/20 at 11:00 a.m. (ET)<br>Obj. Deadline: 7/9/20 at 4:00 p.m. (ET) |

## MOTION OF THE DEBTOR FOR ORDER AUTHORIZING CONTINUED USE OF PREPETITION BANK ACCOUNT

The Debtor moves for an order, in the form annexed hereto, authorizing the continued use of its prepetition bank account at First Texas Bank (Account No. -3255) and checks associated with said account, pursuant to Bankruptcy Code section 105(a), and states:

1. As the Court is well aware, the Operating Guidelines for Chapter 11 Cases for this district ("Guidelines") require that all chapter 11 debtors close their prepetition bank accounts and open new, postpetition DIP accounts.[2]

2. Per the Guidelines, DIP accounts must be maintained at authorized depositories, and checks for all DIP accounts must bear the designation "debtor in possession", the case number and the type of DIP account (e.g., tax, payroll, cash collateral etc.).

3. Debtors typically seek a waiver of the above-described provisions, particularly in larger cases where the debtor has a complex cash management system interference with which is not in the estate's best interest.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

[2] See http://www.justice.gov/ust-regions-r03/file/ch11opguide_de.pdf/download (the Guidelines).

4. The Debtor herein does not have a large, complex cash management system and so made a good faith effort to comply with the Guidelines and open DIP accounts.

5. However, and as set forth in the annexed Declaration of Jay Smith, the Debtor's COO, despite having devoted significant time and effort to attempting to open DIP accounts the Debtor has been unable to do so at any bank, other than Silicon Valley Bank, a creditor which the Debtor does not wish to bank with,[3] for several reasons. Bank branches are by and large closed, due to the Covid-19 pandemic. In addition, the authorized depositories that the Debtor has been able to connect with have all advised that they will not open DIP accounts for the Debtor because it is not an existing customer. The one exception has been Wells Fargo, where the Debtor's CEO banks; however, despite having contacted Wells Fargo over a week ago and having followed up on multiple occasions, to date Wells Fargo has not agreed to open DIP accounts for the Debtor.[4]

6. The Debtor accordingly desires to simply maintain its bank account at First Texas Bank, which is FDIC-insured.

---

[3] Silicon Valley Bank is a creditor in respect of the Debtor's PPP loan. Although the Debtor expects the loan will be forgiven, the bank has engaged Morrison & Foerster LLP as counsel and advised that it intends to object to confirmation. (The Debtor has been in touch with counsel and has inquired as to the ground for objection on June 22, 2020, but no response has been given.) The Debtor is concerned about Silicon Valley Bank's imposing an administrative freeze on its bank accounts if it elected to bank there, notwithstanding the Debtor's expectation as to forgiveness and Bankruptcy Code section 553's mutuality requirement, an issue which would be avoided by the Debtor's banking elsewhere.

[4] Significant time was also expended because the U.S. Trustee gave the Debtor an outdated authorized depository list, for which it later apologized.

7. The Debtor has asked to close its three remaining prepetition bank accounts, all at Silicon Valley Bank and all identified in Schedule A/B [D.I. 5]; and the Debtor no longer has access to them, online or otherwise.[5]

8. The U.S. Trustee has advised the Debtor at the Initial Debtor Interview that it would not oppose the relief requested herein.

9. No prior request for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Debtor requests that the Court enter the annexed proposed form of Order and grant such other and further relief as the Court deems just and proper.

Dated: July 1, 2020

Respectfully submitted,

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

*Proposed Attorneys for the Debtor*

---

[5] Prepetition the Debtor also kept $20,000 in a money market account at Silicon Valley Bank which secured its obligations under a Silicon Valley Bank-issued credit card. The credit card was paid off as of the petition date, and the Debtor has closed the credit card and requested that the $20,000 be released as it is no longer needed to collateralize the closed card.