# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FACTOM, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-11602 (BLS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Silicon Valley Bank ("SVB") hereby appears in the above-captioned cases through its co-counsel, Morrison & Foerster LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

| **MORRISON & FOERSTER LLP** <br> Alexander G. Rheaume, Esq. <br> John Hancock Tower <br> 200 Clarendon Street, Floor 20 <br> Boston, MA 02116 <br> Tel: (617) 648-4700 <br> Fax: (617) 830-0142 <br> Email: arheaume@mofo.com | **ASHBY & GEDDES, P.A.** <br> Gregory A. Taylor, Esq. <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899-1150 <br> Tel: (302) 654-1888 <br> Fax: (302) 654-2067 <br> Email: gtaylor@ashbygeddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

{01580861;v1 }

otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that SVB intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which SVB is or may be entitled under agreements in law or in equity.

Dated:  July 7, 2020

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor, Esq. (#4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: gtaylor@ashbygeddes.com

-and-

**MORRISON & FOERSTER LLP**
Alex Rheaume, Esq.
John Hancock Tower
200 Clarendon Street, Floor 20
Boston, MA 02116
Tel: (617) 648-4700
Fax: (617) 830-0142
Email: arheaume@mofo.com

*Counsel to Silicon Valley Bank*