# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FACTOM, INC., | : | Case No. 20-11602 (JTD) |
| | : | |
| Debtor. | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that **FastForward Innovations, Ltd.** by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

Daniel K. Astin (No. 4068)
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1300
dastin@ciardilaw.com

-and-

Walter W. Gouldsbury III, Esq.
(*pro hac vice* forthcoming)
CIARDI CIARDI & ASTIN
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
wgouldsbury@ciardilaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that FastForward Innovations, Ltd. does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) their right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which they, or any of them, are or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: July 7, 2020　　　　　　　　　　CIARDI CIARDI & ASTIN
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel K. Astin*
　　　　　　　　　　　　　　　　　　　　Daniel K. Astin (No. 4068)
　　　　　　　　　　　　　　　　　　　　1204 N. King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 658-1100
　　　　　　　　　　　　　　　　　　　　Fax: (302) 658-1300
　　　　　　　　　　　　　　　　　　　　E-mail: dastin@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　　　　Walter W. Gouldsbury III, Esq.
　　　　　　　　　　　　　　　　　　　　(*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　CIARDI CIARDI & ASTIN
　　　　　　　　　　　　　　　　　　　　One Commerce Square, Suite 3500
　　　　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(215) 557-3550 telephone
　　　　　　　　　　　　　　　　　　　　(215) 557-3551 facsimile
　　　　　　　　　　　　　　　　　　　　wgouldsbury@ciardilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2020, I caused to be served a copy of the foregoing document(s) upon the parties identified below via ECF and by first class United States mail, postage pre-paid:

**Jeffrey Chubak**
AMINI LLC
131 WEST 35TH STREET, 12TH FLOOR
NEW YORK, NY 10001

**Julia Bettina Klein**
Klein LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801
(302) 438-0456
*Trustee*
**Natasha M. Songonuga**
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
(302) 518-6324

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)