# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | **Re: D.I. 7** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as the date hereof, she has received no answer, objection, or other responsive pleading to the *Motion to Authorize Payment of Premium Financing Obligations* [D.I. 7] (the "Motion") by Factom, Inc. Pursuant to the notice filed with the Motion, responses, if any, to the relief requested in the Motion were to be filed and served on or before July 3, 2020 at 4:00 p.m. (ET).

Accordingly, the undersigned counsel respectfully request that the Court enter the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's Electronic order processing procedures, at its earliest convenience.

Dated: July 9, 2020                             **KLEIN LLC**

*/s/ Julia Klein*
Julia B. Klein (DE 5198)
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 438-0456
klein@kleinllc.com

*Proposed Counsel to Factom, Inc.*

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

1