IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS) |

**ORDER AUTHORIZING CONTINUED USE OF PREPETITION BANK ACCOUNT**

Upon the motion of the Debtor for an order authorizing the continued use of its prepetition bank account at First Texas Bank (Account No. -3255) ("Bank Account") and checks associated with said account; and upon the record of the hearing on the motion; now, therefore, it is hereby:

ORDERED, that the motion is granted as set forth herein; and it is further

ORDERED, that the Debtor is authorized to maintain and to continue to use the Bank Account; and it is further

ORDERED, that the Debtor is authorized to continue using checks associated with the Bank Account in the form in which they existed on the petition date; provided, however, if the Debtor's check supply is exhausted, the Debtor shall when reordering checks require the designation "debtor in possession" and the above-identified case number on all replacement checks; provided further that, with respect to checks which the Debtor or its agents print themselves the Debtor shall begin printing the "debtor in possession" legend and the bankruptcy case number on such items within three (3) days of the date of entry of this Order; and it is further

ORDERED, First Texas Bank is directed to continue to service and administer the Bank Account without interruption and in the ordinary course, and to receive, process, honor and pay any and all checks, drafts, wire transfers and ACH transfers issued after the petition date and drawn

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

on the Bank Account after the petition date by holders or makers thereof, as the case may be; and it is further

ORDERED, that the Debtor shall request that First Texas Bank execute a Uniform Depository Agreement in a form prescribed by the Office of the United States Trustee for the District of Delaware ("U.S. Trustee") within three (3) days of the date of this Order. The U.S. Trustee's right to seek further relief from this Court on notice in the event that First Texas Bank is unwilling to execute a Uniform Depository Agreement in a form prescribed by the U.S. Trustee are fully reserved; and it is further

ORDERED, that the Debtor shall serve notice of entry of this Order upon First Texas Bank by first class mail within three business days of entry hereof; and it is further

ORDERED, that the Debtor is authorized to open any new bank account or close any existing Bank Account as it may deem necessary and appropriate in its sole discretion; provided, however, that the Debtor must give fifteen (15) days prior notice to the U.S. Trustee before any such opening or closing; provided further, however, that the Debtor shall open any such new bank account at banks that have executed a Uniform Depository Agreement with the U.S. Trustee, or at such banks that are willing to immediately execute such agreement; and it is further

ORDERED, that Silicon Valley Bank is hereby authorized to debit funds of the Debtor held in a segregated account at Silicon Valley Bank and apply such funds in full repayment of all amounts owed by Debtor on account of its business credit card facility with Silicon Valley Bank. Upon the completion of such debit and application, Silicon Valley Bank shall transfer all remaining funds of the Debtor on deposit with Silicon Valley Bank to the Debtor in accordance with the Debtor's payment instructions. Following such transfer, Silicon Valley Bank may close all accounts of the Debtor; and it is further

ORDERED, that to the extent the Guidelines (as defined in the motion) require the establishment of separate bank accounts for tax payments, payroll and other categories of cash, such requirement is hereby waived; and it is further

ORDERED, that the Debtor is authorized to take all steps necessary or appropriate to carry out the terms of this Order.

**Dated: July 14th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**