# SCHEDULE 1

**Projections**

| | | July | August | Sept | Oct | Nov | Dec | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | | $73,241 | $31,375 | $1,703 | -$1,537 | $1,010,160 | $1,063,808 | $1,121,355 | $1,158,336 | $1,219,216 | $1,297,897 | $1,315,011 | $1,351,625 | $1,398,239 | $1,444,853 | $1,491,466 | $1,548,080 | $1,604,694 | $1,666,308 |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | |
| | CASH SALES | $13,011 | $500 | $78,367 | $120,317 | $162,267 | $166,167 | $180,067 | $203,967 | $221,767 | $220,700 | $240,200 | $250,200 | $250,200 | $250,200 | $260,200 | $260,200 | $265,200 | $265,200 |
| | ACCOUNTS RECEIVABLE | 4837 | | | | | | | | | | | | | | | | | |
| | LOANS AND ADVANCES | | | | | | | | | | | | | | | | | | |
| | SALE OF ASSETS | | 24000 | 32000 | 0 | | | | | | | | | | | | | | |
| | OTHER (ATTACH LIST) | $0 | $0 | $0 | $1,000,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | **TOTAL RECEIPTS** | $17,848 | $24,500 | $110,367 | $1,120,317 | $162,267 | $166,167 | $180,067 | $203,967 | $221,767 | $220,700 | $240,200 | $250,200 | $250,200 | $250,200 | $260,200 | $260,200 | $265,200 | $265,200 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | |
| | NET PAYROLL | $29,680 | $24,880 | $75,880 | $71,347 | $71,347 | $71,347 | $102,680 | $102,680 | $102,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 |
| | PAYROLL TAXES | $2,968 | $2,488 | $7,588 | $7,135 | $7,135 | $7,135 | $10,268 | $10,268 | $10,268 | $15,768 | $15,768 | $15,768 | $15,768 | $15,768 | $15,768 | $15,768 | $15,768 | $15,768 |
| | SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | | | | | | |
| | INVENTORY PURCHASES | | | | | | | | | | | | | | | | | | |
| | SECURED/ RENTAL/ LEASES | | | | | | | | | | | | | | | | | | |
| | INSURANCE | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 |
| | ADMINISTRATIVE & SELLING | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |
| | OTHER (ATTACH LIST) | $13,966 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 |
| | PROFESSIONAL FEES | | | | | | | | | | | | | | | | | | |
| | Restructuring FEES | | | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 |
| | COURT COSTS | | | | | | | | | | | | | | | | | | |
| | **TOTAL DISBURSEMENTS** | $59,714 | $54,173 | $113,606 | $108,619 | $108,619 | $108,619 | $143,086 | $143,086 | $143,086 | $203,586 | $203,586 | $203,586 | $203,586 | $203,586 | $203,586 | $203,586 | $203,586 | $203,586 |
| **NET CASH FLOW** | | -$41,866 | -$29,673 | -$3,239 | $1,011,697 | $53,647 | $57,547 | $36,981 | $60,881 | $78,681 | $17,114 | $36,614 | $46,614 | $46,614 | $46,614 | $56,614 | $56,614 | $61,614 | $61,614 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | | | | | | | |
| **Cash End of Month** | | $31,375 | $1,703 | -$1,537 | $1,010,160 | $1,063,808 | $1,121,355 | $1,158,336 | $1,219,216 | $1,297,897 | $1,315,011 | $1,351,625 | $1,398,239 | $1,444,853 | $1,491,466 | $1,548,080 | $1,604,694 | $1,666,308 | $1,727,922 |

| | | | July | August | Sept | Oct | Nov | Dec | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Tax Factor | | 10% | | | | | | | | | | | | | | | | | | |
| Benefit Facto | | 120% | | | | | | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | | | | | | | | |
| | Paul Snow | | $12,000 | $9,600 | $9,600 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 |
| | Jay Smith | | $12,000 | $9,600 | $9,600 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 |
| | Mike Brennen (Ops) | | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 | $2,600 |
| | Connect/Integrate Engineer | | $2,000 | $2,000 | $2,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| | Alberto | | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 | $1,080 |
| | Hardware Engineer | | | | | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 | $13,333 |
| | Engineering Staff Hardware | 220000 | | | | | | | | | | | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 |
| | Engineering Staff Software | 160000 | | | | $13,333 | $13,333 | $13,333 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 |
| | Sales Staff | 20000 | | | | | | | | | | | | | | | | | | |
| | Operational staff | 80000 | | | | | | | | | | | | | | | | | | |
| | Engineering Manager | 180000 | | | | | | | | | | | | | | | | | | |
| | CEO | | | | | | | | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 |
| | 401K | | | | $51,000 | | | | | | | | | | | | | | | |
| | Payroll Subtotal | | $29,680 | $24,880 | $75,880 | $71,347 | $71,347 | $71,347 | $102,680 | $102,680 | $102,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 | $157,680 |
| **Sales** | | | | | | | | | | | | | | | | | | | | |
| | SVIP Blue Check. 150 | | | | $0 | $13,333 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 |
| | SVIP 2 | | | | $0 | $13,333 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 |
| | SVIP 3 | | | | $0 | $13,333 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 | $26,667 |
| | DHS IoT Consulting | | | | | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 | $35,200 |
| | DHS IoT  SaaS | | | | | $1,950 | $3,900 | $7,800 | $11,700 | $15,600 | $23,400 | $39,000 | $58,500 | $58,500 | $58,500 | $58,500 | $58,500 | $58,500 | $58,500 | $58,500 |
| | DoE Phase 1 | | $12,511 | | | | | | | | | | | | | | | | | |
| | DoE Phase 2 | | | | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| | Protocol | | | | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| | Connect | | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| | DoT | | | | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | | | | | | | | | |
| | Ripe SaaS | | | | | | | | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 15000 | 15000 |
| | Fluree | | | | | | | | | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 |
| | Authenticti | | | | | | | | | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 |
| | SRI | | | | | | | | | | 10000 | 10000 | 10000 | 10000 | 20000 | 20000 | 20000 | 30000 | 30000 | 30000 |
| | Total Sales | | $13,011 | $500 | $78,367 | $120,317 | $162,267 | $166,167 | $180,067 | $203,967 | $221,767 | $220,700 | $240,200 | $250,200 | $250,200 | $250,200 | $260,200 | $260,200 | $265,200 | $265,200 |
| **Administrative Sales** | | | | | | | | | | | | | | | | | | | | |
| | Consero | | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |
| | Total Administrative and Sales | | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |
| **Other Expenses** | | | | | | | | | | | | | | | | | | | | |
| | GCB | | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 |
| | AWS | | $3,261 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| | Docker | | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| | Github | | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| | WP Engine | | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 | $639 |
| | Readme.com | | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 | $199 |
| | Right Networks | | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 |
| | Mailchimp | | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 |
| | Adobe Creative Cloud | | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 | $119 |
| | Pritnul Enterprise | | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| | MSFT | | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 | $191 |
| | Readme.com | | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pagerduty | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 | $72 |
| Atlanssian StatusPage | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 |
| Google gsuite | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 | $605 |
| avalara | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 | $36 |
| autho.com | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 | $63 |
| Calendly | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Backupify | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Zoom | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 |
| Readme.com | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 | $59 |
| Audit | | | | | | | | | | | | | | | | | | | |
| Total Other Expenses | $13,966 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 | $13,705 |

Investments - Other

| | | | | | |
|---|---|---|---|---|---|
| Investor 1 | | | | $500,000 | |
| Investor 2 | | | | $500,000 | |
| Other | | | | $0 | |
| Total Investments | $0 | $0 | $0 | $1,000,000 | $0 ... $0 |

Assumptions
1. Two of our partners win SVIP contracts
2. We split 60/40
3. SVIP last 4 months
4. Parnters win follow on
5. SVIP start mid September
6. We win IoT DHS
7. $110K Engineering over 10 months
8. $0.065 per write
9. 10 writes per day per sensor
10. 3000 sensors
11. Sensor deployment will ramp ups over time