IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>Re: D.I. 70, 73, \_\_\_\_ |

**ORDER GRANTING MOTION OF THE DEBTOR TO SHORTEN
TIME FOR NOTICE OF MOTION OF THE DEBTOR FOR ORDER ON (A)
TERMINATING CURRENT CONFIRMATION DATES AND DEADLINES, AND (B)
SCHEDULING ADJOURNED CONFIRMATION HEARING, SETTING RELATED
DEADLINES AND APPROVING FORM OF BALLOTS AND NOTICE**

Upon consideration of the Debtor's motion to shorten the time for notice to consider the Debtor's motion ("Motion") for an order terminating existing confirmation dates and deadlines, and fixing dates and deadlines in connection with solicitation and tabulation of votes on, and confirmation of, the Second Amended Chapter 11 Plan of Reorganization, filed July 29, 2020 [D.I. 70]; and the Court having determined that cause exists to shorten notice; and it appearing that due and adequate notice of the motion to shorten has been given, and that no other or further notice need be given; now, therefore, it is hereby:

ORDERED, that the motion to shorten is granted as provided herein; and it is further

ORDERED, that the Motion shall be heard on August 5, 2020, at 10:00 a.m. (Eastern); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served by August 3, 2020.

Dated: July 30th, 2020
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE