# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 5, 2020 AT 10:00 A.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**Please note that you must appear through both Courtcall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**Topic: Factom - 20-11602 (BLS)
Time: Aug 5, 2020 10:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1607154454**

**Meeting ID: 160 715 4454
Passcode: 449938**

**Please note that you must appear through both Courtcall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**To appear telephonically via Courtcall , Parties must make prior arrangements Courtcall by telephone (866) 582-6878.**

---

I.  **CONTINUED MATTERS:**

1.  Motion of Fastforward Innovations, LTD to Transfer Venue to United States Bankruptcy Court for the Western District of Texas [D.I. 38; filed 07/08/20]

    Objection/Response Deadline:    TBD.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750.  The last 4 digits of its taxpayer identification number are 6915.

Objections/Responses Received:    None to date.

Related Documents:

A.     Notice of Hearing on Motion of Fastforward Innovations, LTD to Transfer Venue to United States Bankruptcy Court for the Western District of Texas [D.I. 54; filed 07/13/20].

B.     Amended Notice of Hearing [D.I. 77; filed 08/03/20].

Status: This matter has been continued to the October 7, 2020, omnibus hearing.

2.     Motion of Fastforward Innovations, LTD to Dismiss Case [D.I. 39; filed 07/08/20].

Objection/Response Deadline:    TBD.

Objections/Responses Received:    None to date.

Related Documents:

A.     Notice of Hearing on Motion of Fastforward Innovations, LTD to Transfer Venue to United States Bankruptcy Court for the Western District of Texas [D.I. 55; filed 07/13/20].

B.     Amended Notice of Hearing [D.I. 77; filed 08/03/20].

Status: This matter has been continued to the October 7, 2020, omnibus hearing.

## II.     MATTERS GOING FORWARD:

3.     Debtor's Motion for Order (A) Terminating Current Confirmation Dates and Deadlines and (B) Scheduling Adjourned Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballots and Notice [D.I. 73; filed 07/29/20].

Objection/Response Deadline:    August 3, 2020.

Objections/Responses Received:    None.

Related Documents:

A.     Motion to Shorten Notice with Respect to Debtor's Motion for Order (A) Terminating Current Confirmation Dates and Deadlines and (B) Scheduling Adjourned Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballots and Notice [D.I. 74; filed 07/29/20].

B.     Order Approving Motion to Shorten Notice with Respect to Debtor's Motion for Order (A) Terminating Current Confirmation Dates and Deadlines and (B) Scheduling Adjourned Confirmation Hearing, Setting

      Related Deadlines, and Approving Form of Ballots and Notice [D.I. 75; filed 07/30/20].

C.    Notice of Hearing on Debtor's Motion for Order (A) Terminating Current Confirmation Dates and Deadlines and (B) Scheduling Adjourned Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballots and Notice [D.I. 76; filed 07/30/20].

D.    Order Establishing Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballot and Notice [D.I. 64; filed 07/16/20].

E.    Notice of Confirmation Hearing, Voting Deadline, and Objection Deadline [D.I. 65; filed 07/16/20].

F.    Second Amended Chapter 11 Small Business Plan [D.I. 70; filed 07/29/20].

G.    Schedules to Second Amended Chapter 11 Small Business Plan [D.I. 71; filed 07/29/20].

H.    Blackline Chapter 11 Versus Second Amended Chapter 11 Plan [D.I. 72; filed 07/29/20].

Status: This matter is going forward.

Dated: August 3, 2020  
      Wilmington, Delaware

KLEIN LLC

*/s/ Julia Klein*  
Julia Klein (DE 5198)  
919 North Market Street, Suite 600  
Wilmington, Delaware 19801  
(302) 438-0456  
klein@kleinllc.com

- and –

Jeffrey Chubak (admitted *pro hac vice*)  
AMINI LLC  
131 West 35th Street, 12th Floor  
New York, New York 10001  
(212) 490-4700  
jchubak@aminillc.com

*Attorneys for the Debtor*