IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>**Re: D.I. 73** |

**ORDER (A) TERMINATING CURRENT CONFIRMATION
DATES AND DEADLINES, AND (B) SCHEDULING ADJOURNED
CONFIRMATION HEARING, SETTING RELATED DEADLINES
AND APPROVING FORM OF BALLOTS AND NOTICE**

Upon the Debtor's motion for an order (a) terminating the confirmation dates and deadlines fixed under the Order Establishing Confirmation Hearing, Setting Related Deadlines and Approving the Form of Ballot and Notice, entered July 16, 2020 [D.I. 64] ("Initial Order"); (b) fixing, pursuant to Rule 2002 and Interim Rule 3017.2, a Voting Record Date, Mailing Deadline, Voting Deadline, Objection Deadline, Tabulation Deadline and Confirmation Hearing (each as defined in the motion), in each case in respect of the Debtor's Second Amended Chapter 11 Plan of Reorganization, filed July 29, 2020 [D.I. 70] ("Second Amended Plan"); (c) approving the Debtor's proposed form of Ballots and Notice of the Confirmation Hearing, Voting Deadline and Objection Deadline, in the form annexed to the motion; and (d) treating the motion as the Debtor's report under Bankruptcy Code section 1188(c); now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the confirmation dates and deadlines fixed under the Initial Order are hereby terminated; and it is further

ORDERED, that the Court hereby fixes the following confirmation dates and deadlines in their stead:

| Event | Date |
|---|---|
| Voting Record Date | Date of entry of this Order |
| Mailing Deadline | Three days after date of entry of this Order |
| Voting Deadline | August 19, 2020 |
| Objection Deadline | August 19, 2020 |
| Tabulation Deadline | August 21, 2020 |
| Deadline to file Brief or Affidavits in Support of Confirmation | August 23, 2020 |
| Confirmation Hearing | August 26, 2020, at 2:00 p.m. |

; and it is further

ORDERED, that the form of Ballots and Notice annexed to the motion are hereby approved; and it is further

ORDERED, scheduled General Unsecured Claims (defined in the Second Amended Plan) not marked contingent, unliquidated or disputed and filed proofs of claim asserting General Unsecured Claims shall be allowed solely for voting purposes in the amount scheduled or filed, and un-filed rejection damages claims shall be allowed solely for voting purposes in the amount of $1; and it is further

ORDERED, that Interests (as defined in the Second Amended Plan) shall be allowed for voting purposes in the respective amounts of fully diluted shares set forth in the Debtor's list of equity security holders, filed pursuant to Rule 1007(a)(3); and it is further

ORDERED, that on or before the Mailing Deadline the Debtor shall transmit by first class mail a copy of the Plan, Notice and the applicable form of Ballot, together with a postage prepaid return envelope, to all holders of General Unsecured Claims and Interests that have been allowed for voting purposes, and a copy of the Plan and Notice to all other creditors, all persons

listed on the Del. Bankr. L.R. 2002-1(c) service list, the Subchapter V Trustee and the United States Trustee; and it is further

ORDERED, that service of the Plan, Notice and Ballot as provided herein comports with the applicable Bankruptcy Rules including Interim Rule 3017.2, and is good and sufficient; and it is further

ORDERED, that notwithstanding anything to the contrary herein, the Debtor shall have no obligation to mail or otherwise transmit documents to an address, as to which a prior mailing has been returned by the United States Postal Service as undeliverable.

**Dated: August 6th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**