UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                   Case No.: _____

                                                   Chapter: 11 (Small Business Subchapter V)

                                                   Judge: _____

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief:                                            _____

Subchapter V Trustee:                                               _____

Has the debtor attended an initial debtor interview?            Yes ❑         No ❑

     If no, please explain:
     _____

Has the trustee concluded the 341 meeting?                     Yes ❑         No ❑

     If no, please explain:
     _____

Has the debtor filed all postpetition financial reports?             Yes ❑         No ❑

     If no, please explain:
     _____

Has the debtor filed all monthly operating reports?              Yes ❑         No ❑

     If no, please explain:
     _____

Is all relevant insurance in place and current?                    Yes ❑         No ❑

     If no, please explain:
     _____

Has the debtor filed all applicable tax returns?                    Yes ❑         No ❑

    If no, please explain:
    _____

Has the debtor paid all taxes entitled to administrative expense priority?   Yes ❑   No ❑

    If no, please explain:
    _____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____
_____
_____
_____


Other relevant information:

_____
_____
_____
_____


Note: **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the Subchapter V Trustee and all parties in interest.


Date: _____          _____
                                                 Debtor


Date: _____          _____
                                                 Joint Debtor

**LF 136**