**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

**CORRECTED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 20, 2020 AT 2:00 P.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**Please note that you must appear through both Courtcall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**Topic: Factom, Inc.  - 20-11602-BLS
Time: Aug 20, 2020 02:00 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1619416028**

**Meeting ID: 161 941 6028
Passcode: 563744**

**To appear telephonically via Courtcall, Parties must make prior arrangements with Courtcall by telephone (866) 582-6878.**

I.   **MATTER GOING FORWARD:**

1. Small Business Debtor Status Conference Pursuant to 11 U.S.C. § 1188.

    Objection/Response Deadline:     N/A.

    Objections/Responses Received:   N/A.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750.  The last 4 digits of its taxpayer identification number are 6915.

Related Documents:

A. Second Amended Chapter 11 Small Business Plan [D.I. 70; filed 07/29/20].

B. Schedules to Second Amended Chapter 11 Small Business Plan [D.I. 71; filed 07/29/20].

C. Pre-Status Conference Report [D.I. 86; filed 08/10/20].

Status: This matter is going forward.

Dated: August 19, 2020
Wilmington, Delaware

KLEIN LLC

/s/ Julia Klein
Julia Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and –

Jeffrey Chubak (admitted *pro hac vice*)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

*Attorneys for the Debtor*