**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 26, 2020 AT 2:00 P.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**Topic: Factom, Inc.  - 20-11602-BLS
Time: Aug 26, 2020 02:00 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1619416028**

**Meeting ID: 161 941 6028
Passcode: 563744**

**Please note that you must appear through both Courtcall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**To appear telephonically via Courtcall , Parties must make prior arrangements Courtcall by telephone (866) 582-6878.**

---

I. **MATTER GOING FORWARD:**

    1.    Second Amended Chapter 11 Small Business Plan [D.I. 70; filed 07/29/20].

        Objection/Response Deadline:    August 19, 2020.

        Objections/Responses Received:    None.

---

[1]    The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750.  The last 4 digits of its taxpayer identification number are 6915.

Related Documents:

A. Schedules to Second Amended Chapter 11 Small Business Plan [D.I. 71; filed 07/29/20].

B. Order (REVISED) Approving Debtor's Motion for Order (A) Terminating Current Confirmation Dates and Deadlines and (B) Scheduling Adjourned Confirmation Hearing, Setting Related Deadlines, and Approving Form of Ballots and Notice [D.I. 83; filed 08/7/20].

C. Notice of Confirmation Hearing on Second Amended Plan [D.I. 84; filed 08/7/20].

D. Declaration of Jeffrey Chubak Regarding Tabulation of Votes [D.I. 91; filed 08/20/20].

E. Affidavit of Service of Solicitation Materials and Notice of Confirmation Hearing on Second Amended Plan [D.I. 93; filed 08/20/20].

F. Debtor's Memorandum of Law in Support of Confirmation of Second Amended Chapter 11 Small Business Plan [D.I. 95; filed 08/21/20].

G. Declaration of Jay Smith in Support of Confirmation of Second Amended Chapter 11 Small Business Plan [D.I. 96; filed 08/21/20].

H. Proposed Form of Order Confirming Second Amended Chapter 11 Small Business Plan [D.I. 94; filed 08/21/20].

Status: This matter is going forward.

Dated: August 24, 2020
Wilmington, Delaware

KLEIN LLC

*/s/ Julia Klein*
Julia Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and –

Jeffrey Chubak (admitted *pro hac vice*)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001

(212) 490-4700
jchubak@aminillc.com

*Attorneys for the Debtor*