# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>Re: D.I. 70-71, 99 |

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION

PLEASE TAKE NOTICE, that on August 27, 2020, the United States Bankruptcy Court for the for the District of Delaware entered an Order [D.I. 99] confirming the Second Amended Chapter 11 Plan of Reorganization, proposed by the above-named Debtor [D.I. 70-71].

PLEASE TAKE FURTHER NOTICE, that on August 28, 2020, the Effective Date of the Plan occurred and the Plan was substantially consummated.

PLEASE TAKE FURTHER NOTICE, that copies of the Order and the Plan are available on request from the Debtor's undersigned counsel, or through the website of the Bankruptcy Court, http://deb.uscourts.gov (PACER login and password required).

Dated: August 28, 2020

KLEIN LLC

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for the Reorganized Debtor*