**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**FACTOM, INC.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>Objection Deadline: September 17, 2020 at 4:00PM ET |

**SUMMARY OF FINAL APPLICATION OF NATASHA M. SONGONUGA,
SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD JUNE 19, 2020 THROUGH AUGUST 26, 2020**

### SUMMARY COVER SHEET

| | |
|---|---|
| Name of Applicant: | Natasha M. Songonuga |
| Authorized to Provide Professional Services as: | Subchapter V Trustee ("SCV Trustee") |
| Date of Appointment: | June 19, 2020, [Docket No. 17] |
| Periods for which compensation and reimbursement is sought: | June 19, 2020 through August 26, 2020 (the "Final Period") |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $9,499.50 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $67.50 |
| Petition Date: | June 18, 2020 (the "Petition Date") |
| Number of professionals and paraprofessionals included in this application: | 2 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 1 |

| Are any rates higher than those approved or disclosed when appointed? | No |
|---|---|

This is a(n) ___ interim x final application.

The total application time expended for final fee application preparation is expected to be approximately 1.5 hours and the corresponding compensation to be requested is $505.50.

This is the FINAL fee application filed in this case.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**FACTOM, INC.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11602 (BLS)<br><br>**Objection Deadline:  September 17, 2020 at 4:00PM ET** |

**FINAL APPLICATION OF NATASHA M. SONGONUGA, SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD JUNE 19, 2020 THROUGH AUGUST 26, 2020**

In accordance with Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2, Natasha M. Songonuga, Subchapter V Trustee ("SCV Trustee") in the above-referenced Subchapter V case, hereby moves the Court for final allowance of reasonable compensation for professional legal services rendered in the final amount of $9,499.50 together with reimbursement for actual and necessary expenses incurred in the amount of $67.50 (the "Final Application" or the "Application") seeking final allowance of reasonable compensation for professional legal services rendered in the final period covering June 19, 2020 through August 26, 2020 (the "Final Period"), as SCV Trustee together with reimbursement of expenses.  In support of this Final Application, the SCV Trustee respectfully represents as follows:

### BACKGROUND

1.    On June 18, 2020, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2.    On June 19, 2020, the Office of the U.S. Trustee for Region 3 filed a *Notice of Appointment of Subchapter V Trustee* appointing Natasha M. Songonuga as SCV Trustee in this Subchapter V case [D.I. 17].

3.      All services for which compensation is requested herein by the SCV Trustee were performed in pursuit of her duties as SCV Trustee.

4.      A Confirmation Hearing was held August 26, 2020.  An Order confirming the plan was entered August 27, 2020 [ECF 99] and the Effective Date was August 28, 2020 [ECF 100].

**SERVICES RENDERED**

5.      Services of the SCV Trustee have included monitoring the Chapter 11 cases and pleadings filed by the Debtor, communicating with creditors, participating in the Initial Debtor Interview and the 341 meeting of creditors and negotiating a consensual Plan of Reorganization.

6.      In further support of the Application the SCV Trustee has attached the following exhibits:

    a.  Exhibit A – Summary of Compensation by Professional or Staff;

    b.  Exhibit B – Summary of Compensation by Project Category;

    c.  Exhibit C – Summary of Expense Reimbursement by Category;

    d.  Exhibit D – The SCV Trustee's Invoice for Final Period.

7.      Notice of the Application will be provided to the Debtor and all parties that have filed a Notice of Appearance in the case via the CM/ECF system and via email.

**WHEREFORE**, The SCV Trustee respectfully requests an order pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016:  (i) approving the Application; (ii) granting allowance of reasonable compensation for professional services; (iii) authorizing payment of $9,567.00 for such professional services rendered during the Final Period in the amount of $9,499.50 and reimbursement of actual and necessary costs and expenses incurred during the Final Period in the amount of $67.50; and (iv) granting such other and further relief as is just and proper.

Dated: September 4, 2020  **GIBBONS P.C.**
Wilmington, Delaware

By: /s/ *Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Telephone:  (302) 518-6324
Facsimile:  (302) 397-2139
E-mail: nsongonuga@gibbonslaw.com

*Subchapter V Trustee*