## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**FACTOM, INC.,**<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-11602 (BLS) |

### CERTIFICATE OF SERVICE

I, Natasha M. Songonuga, of full age, hereby certify as follows:

1.      I am a director of the law firm of Gibbons P.C. and serve as the Subchapter V Trustee in the above-captioned Chapter 11 case.

2.      On September 3, 2020, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of the following:

- Final Application of Natasha M. Songonuga, Subchapter V Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period June 19, 2020 Through August 26, 2020 (the "Final Fee Application").

3.      Further, on the same date , I caused the Final Fee Application to be served via email to all parties on the attached Service List.

I certify that the foregoing statements made by me are true.  I am aware that if any of the above statements are false, I am subject to punishment.

Dated: September 3, 2020
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6324
Facsimile: (302) 429-6294
E-mail: nsongonuga@gibbonslaw.com

*Subchapter V Trustee*

**SERVICE LIST**

**<u>Via CM/ECF and Email</u>**

Daniel K. Astin
Walter W. Gouldsbury III
Joseph J. McMahon, Jr.
*On behalf of Creditor FastForward Innovations, Ltd.*
Email: dastin@ciardilaw.com
wgouldsbury@ciardilaw.com
jmcmahon@ciardilaw.com

Seth E. Meisel
*On behalf of Creditor FastForward Innovations, Ltd.*
Email: smeisel@dbcllp.com

Julia Bettina Klein
*On behalf of Debtor Factom, Inc.*
Email: klein@kleinllc.com

Jeffrey Chubak
*On behalf of Debtor Factom, Inc.*
Email: jchubak@aminillc.com

Hannah Mufson McCollum
David Villagrana
*On behalf of Office of the U.S. Trustee for Region III*
Email: hannah.mccollum@usdoj.gov
David.Villagrana2@usdoj.gov
USTPRegion03.WL.ECF@USDOJ.GOV

Alexander Gary Rheaume
*On behalf of Interested Party Silicon Valley Bank*
Email: arheaume@mofo.com

Gregory A. Taylor
*On behalf of Interested Party Silicon Valley Bank*
Email: gtaylor@ashbygeddes.com

Jason A. Starks
*On behalf of Creditor Travis County*
Email: BKECF@traviscountytx.gov