## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC., | Case No. 20-11602 (BLS) |
| Debtor. | |

**FINAL APPLICATION OF AMINI LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR FROM JUNE 18, 2020-AUGUST 28, 2020**

| | |
|---|---|
| Name of applicant: | Klein LLC |
| Authorized to provide services to: | Debtor |
| Date of retention: | July 10, 2020 |
| Period for which compensation and reimbursement is sought: | June 18, 2020-August 28, 2020 |
| Amount of compensation sought: | $10,837.50 |
| Amount of expense reimbursement sought: | $2,178.91 |

This is a final application.

The total time expended for fee application preparation is 1.3 hours of attorney time, and the corresponding compensation requested (as set forth in the annexed invoices) is $487.50.

This is the first application filed.

**Local Form 101 (Fee Application Cover Sheet)**

## ATTACHMENT B TO FEE APPLICATION

| Name of Professional Person | Position; Dated Admitted to Bar; Emphasis of Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julia Klein | Counsel; 2008; Commercial Bankruptcy and Business Disputes | $375 | 28.9 | $10,837.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case administration | 2.6 | $975 |
| Meetings with Creditors | 2.2 | $825 |
| Other fee/employment applications | .8 | $300 |
| Klein LLC fee/employment applications | 2 | $750 |
| Hearings | 5.9 | $2,212.50 |
| Schedules/Operating Reports | 4.7 | $1,762.50 |
| Litigation | .6 | $225 |
| Business Operations | 1.4 | $525 |
| Financing | .6 | $225 |
| Claims Administration | .3 | $112.50 |
| Plan and disclosure statement | 6.1 | $12,287.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Telephone conference services | CourtCall | $92.50 |
| Preparation of Hearing Binders, Duplication Services, Courier Fees, Postage | Reliable Companies | $326.55 |
| Telephone conference services | The Conference Group | $17.86 |
| Statutory Court Filing Fee | PACER | $1,717.00 |
| Pro hac vice Fee | | $25 |

**Local Form 102 (Fee Application/Attachment B)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FACTOM, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11602 (BLS) |

### FINAL APPLICATION OF KLEIN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPEENSES INCURRED AS COUNSEL TO THE DEBTOR FROM JUNE 18, 2020, TO AUGUST 28, 2020

Klein LLC, Delaware counsel to the Debtor, submits this final application for allowance of compensation for services rendered from June 18, 2020, to August 28, 2020 (the "Compensation Period") in the amount of 10,837.50, and reimbursement of expenses incurred on behalf of the Debtor during the Compensation Period in the amount of $2,178.91, pursuant to Bankruptcy Code section 330, Rule 2016, and Local Rule 2016-2.  Invoices identifying time billed and expenses incurred during the Compensation Period are annexed hereto as **Exhibit A**.

### BACKGROUND

1. This Subchapter V case was commenced on June 18, 2020.

2. On July 13, 2020, this Court entered an Order approving Amini LLC's employment as counsel for the Debtor, nunc pro tunc to the petition date [D.I. 52].

3. Klein LLC did not receive a retainer in connection with these cases.  No payments have been made to Klein LLC.

4. On August 27, 2020, this Court entered an Order confirming the Debtor's chapter 11 plan [D.I. 99].  The plan became effective August 28, 2020 [D.I. 100].

### SUMMARY OF SERVICES RENDERED BY PROJECT CATEGORY

5. A summary of services rendered by Project Category is attached hereto as **Exhibit A**.

## BASIS FOR RELIEF REQUESTED

6. The applicable standard governing applications for allowance of hourly fees is set forth in Bankruptcy Code section 330(a)(3), which provides:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

7. Courts ordinarily begin the reasonableness analysis by multiplying time spent by the applicable hourly rates (lodestar method) and then decide whether to make adjustments for one or another reason, such as those in section 330(a)(3)(C)-(F).

8. As to this application, the applicable factors set forth in section 330(a)(3) warrant granting the application in full.

9. <u>Time Spent; Rates Charged</u>.  Klein LLC submits time billed herein is reasonable and that the hourly rate of $375 is reasonable.  Additionally, Klein LLC delegated service tasks and the preparation of hearing binders to Reliable Companies and did not bill for these services.

10. <u>Beneficial at Time Service was Rendered to Completing Case; Timely Performance</u>. This case was concluded with confirmation of a consensual plan in just over two months.

11. <u>Skill and Expertise</u>.  Debtor's bankruptcy counsel Julia Klein has substantial bankruptcy experience.

12. <u>No Unnecessary Duplication</u>.  Klein LLC did not duplicate services performed by, and billed by, Amini LLC, except that both firms participated at the Initial Debtor Intake by the Office of the United States Trustee and attended Court hearings, as required by local rules.

13. Pursuant to Rule 2016, Klein LLC states that no compensation has been promised to it for services rendered herein; nor does any agreement or understanding exist between the firm and any other entity for the sharing of compensation received or to be received for services rendered herein.

14. In accordance with Local Rule 2016-2(e)(iv), receipts for expenses for which reimbursement is sought shall be made available upon request.

15. In accordance with Local Rule 2016-2(g), the undersigned states that she has reviewed the requirements of the Local Rule and that this application complies with the same.

Dated: September 4, 2020              KLEIN LLC

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

*Delaware Counsel for the Reorganized Debtor*