# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | **Re: D.I. 101, 103, 104** |
| | Hearing Date: 10/14/20 at 10:30 a.m. (ET)<br>Obj. Deadline: 09/24/20 at 4:00 p.m. (ET) |

## NOTICE OF HEARING ON APPLICATIONS FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

To: the Debtor, Subchapter V Trustee, U.S. Trustee, Rule 2002 list

PLEASE TAKE NOTICE that on **October 14, 2020, at 10:30 a.m. (ET)**, a hearing has been scheduled before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 to consider the final applications for allowance of compensation and reimbursement of expenses of Amini LLC and Klein LLC, counsel for the Debtor, and of the Subchapter V Trustee. Copies of the fee applications are attached hereto.

PLEASE TAKE FURTHER NOTICE, that the fee applications seek final allowance of compensation and reimbursement of expenses in the following amounts:

| Applicant | Requested Compensation | Requested Expenses |
|---|---|---|
| Amini LLC | $35,487 | $3,585.02 |
| Klein LLC | $10,837.50 | $2,178.91 |
| Subchapter V Trustee | $9,499.50 | $67.50 |

PLEASE TAKE NOTICE, that any responses or objections to the above-referenced applications must be in writing and filed with the Clerk by **September 24, 2020**.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

**PLEASE TAKE NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 10, 2020

KLEIN LLC

*/s/ Julia Klein*
Julia Klein (DE 5198)
KLEIN LLC
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

*Attorneys for the Reorganized Debtors*