# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC., | Case No. 20-11602 (BLS) |
| Debtor. | **AFFIDAVIT OF SERVICE** |

Leah Khalil, being duly sworn, deposes and says:

I am over eighteen years of age, and not a party herein.

1. On September 11, 2020, I served the following documents by first class mail on those persons listed on Schedule 1:

- Notice of Effective Date of the Debtor's Chapter 11 Plan [D.I. 100]
- Final Fee Application of Subchapter V Trustee [D.I. 101]
- Final Fee Application of Amini LLC, Counsel for the Debtor [D.I. 103]
- Final Fee Application of Klein LLC, Delaware Counsel for the Debtor [D.I. 104]
- Notice of Hearing on Final Fee Applications [D.I. 107]

Notice of Electronic Filing of the foregoing documents were also served on the following persons by e-mail via CM/ECF at the time of filing:

FastForward Innovations, Ltd.
Daniel K. Astin (dastin@ciardilaw.com)
Walter Gouldsbury (wgouldsbury@ciardilaw.com)
Joseph McMahon (jmcmahon@ciardilaw.com)

Silicon Valley Bank
Alexander G. Rheaume (arheaume@mofo.com)
Gregory A. Taylor (gtaylor@ashbygeddes.com)

Subchapter V Trustee
Natasha Songonuga (nsongonuga@gibbonslaw.com)

Travis County
Jason A. Starks (bkecf@traviscountytx.gov)

2. In addition, on September 11, 2020, and in accordance with Rule 3020(c)(2), I served Notice of Effective Date of the Debtor's Chapter 11 Plan [D.I. 100] by first class mail on those persons listed on Schedule 2.

                                                     Leah Khalil

Sworn to before me this September 11TH, 2020

_____
Notary Public

JEFFREY CHUBAK
Notary Public, Sate of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

## SCHEDULE 1
**Debtor, U.S. Trustee, Rule 2002 List and All Creditors Not Receiving Notice by CM/ECF**

| | |
|---|---|
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive<br>Suite 100<br>Little Rock, AR 72202 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528<br>Capital Station<br>Austin, TX 78711 |
| Jay Smith<br>104 Lady Bird Cove<br>Georgetown, TX 78628 | Paul Snow<br>10906 Opal Trail<br>Austin, TX 78750 |
| Texas Workforce Commission<br>TWC Building - Regulatory Integrity Division<br>101 East 15th Street<br>Austin, TX 78778 | Watkins Insurance Group<br>3834 Spicewood Springs Road<br>Suite 100<br>Austin, TX 78701 |
| Office of the United States Trustee<br>Attn: Hannah Mufson McCollum<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | Office of the United States Trustee<br>Attn: David Villangrana<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 |
| Select Premium<br>102 North Washington Street<br>El Campo, TX 77437 | U.S. REIF EURUS Austin LLC<br>c/o Bradley & Associates, P.C.<br>1270 Soldier's Field Road<br>Boston, MA 02135 |
| Perkins Coie LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101 | Federal Insurance Company<br>c/o Chubb<br>436 Walnut Street<br>WA04K<br>Philadelphia, PA 19106 |

## SCHEDULE 2
**Equity Security Holders**

| | |
|---|---|
| ACB Holdings, LP<br>777 Main Street<br>Suite 700<br>Fort Worth, TX 76102 | Alexander Danielides<br>305 West Bell Street<br>Houston, TX 77006 |
| Alyse Killeen<br>834 South Orange Grove Avenue<br>Los Angeles, CA 90036 | Andrew Yashchuk<br>4301 West William Cannon Drive<br>Suite B 150-135<br>Austin, TX 78749 |
| Anthony Gaitan<br>475 Brickel Avenue<br>#5508<br>Miami, FL 33131 | Atul Sharma<br>36 Zaitz Farm Road<br>West Windsor, NJ 08550 |
| Brian Deery<br>3839 Dry Creek Drive<br>#137<br>Austin, TX 78731 | Bruce Fenton<br>167 Washington Street<br>Norwell, MA 2061 |
| CashBUS<br>Chang Liu Road 58<br>Office 1002<br>Grand Cube Building<br>Pudong Shanghai<br>China | Chickamauga Investments - Tech Ventures LLC<br>57 St. Stephens School Road<br>Austin, TX 78746 |
| China Canada Angels Alliance Ltd. In Trust<br>26 Brock Avenue<br>Markham<br>Ontario L6C0T3<br>Canada | Clay Douglass<br>8707 Dorman Cove<br>Austin, TX 78717 |
| ClearHaven Ventures, LLC<br>1111 Caroline Street<br>#2607<br>Houston, TX 77010 | Darin T Boyd Revocable Trust dated April 28, 2015<br>77 Van Ness Avenue, Suite 101<br>PMB #1204<br>San Francisco, CA 94102 |
| Donald Robert Baker, as Trustee of DBob Trust<br>1600 South Lakeline Boulevard<br>Apt. 933<br>Austin, TX 78613 | Donna L. Masley<br>420 Foulkstone Road<br>Wilmington, DE 19803 |
| Draper Associates Partners V, LLC<br>Draper Associates V, L.P.<br>2882 Sand Hill Road<br>Suite 150<br>Menlo Park, CA 94025 | Jitendra Sinha<br>43 Woodland Drive<br>Plainsboro, NJ 08536 |

| | |
|---|---|
| John Prince<br>9450 SW Gemini Drive<br>Beaverton, OR 97008 | Joseph Blackstone Dilworth III and<br>Evangelina Souza Dilworth<br>4007 McCullough Ave.<br>#472<br>San Antonio, TX 78212 |
| Joseph Peter Passamano<br>6 Sunpeak<br>Irvine, CA 92603 | Kamesh Raghavendra<br>309 10th Main Road, 3rd Block<br>Jayanagar<br>Bangalore 560011<br>India |
| Kevin Deery<br>4300 Rosecliff Drive<br>Charlotte, NC 28277 | Kevin Spiers and Darla Spiers<br>P.O. Box 164123<br>Austin, TX 78716 |
| Kristina B. Hicks and Dallas Carroll<br>325 West 8th Street<br>#1108<br>Los Angeles, CA 90014 | Marc Schubert Living Trust Dtd 10/29/2000<br>314 Fawn Ridge Street<br>Georgetown, TX 78628 |
| Matt Roszak<br>2883 Independence Avenue<br>Glenview, IL 60026 | Matthew Whittington<br>1803 Old Mill Road<br>Cedar Park, TX 78613 |
| Medici Ventures, Inc.<br>799 West Soiseum Way<br>Midvale, UT 84047 | Michael Beam<br>4304 NW 60th Street<br>Oklahoma City, OK 73112 |
| Peeli Ventures Ltd.<br>Shanghai Mart No. 2299, Suite 2812<br>Yan An Road West<br>Shanghai 200336<br>China | Peter Kirby<br>1301 West Lynn<br>Apt. 112<br>Austin, TX 78703 |
| Piotr Jakub Piasecki<br>1185 Quayside Drive<br>#504<br>New Westminster, BC<br>V3M 6T8<br>Canada | Plug & Play Venture Group, LLC<br>440 North Wolfe Road<br>Sunnyvale, CA 94085 |
| Propertyinfo Corporation<br>980 Post Oak Boulevard, Suite 800<br>Houston, TX 77056 | Rebekah T. Ryan<br>4501 Westlake Drive, #16<br>Austin, TX 78746 |
| Roland Hicks<br>607 Baylor Street<br>Austin, TX 78703 | Tospring Technology Limited<br>P.O. Box 1239<br>Offshore Incorporations Centre<br>Victoria, Mahe<br>Republic of Seychelles |
| Windup Capital Corporation<br>5535 Memorial Drive, Suite F453<br>Houston, TX 77007 | Xujun (Jack) Lu<br>9002 Scotsman Drive<br>Austin, TX 78750 |

| | |
|---|---|
| Zachary Lynde<br>4700 North Capital of Texas Highway<br>Apt. 326<br>Austin, TX 78746 | Yeoman's Capital LP<br>11801 Domain Boulevard<br>3rd Floor<br>Austin, TX 78758 |