# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FACTOM, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-11602 (BLS) <br><br> **Re: D.I. 103, 104** |

### ORDER APPROVING FINAL APPLICATIONS OF AMINI LLC AND KLEIN LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL AND DELAWARE COUNSEL TO THE DEBTOR FROM JUNE 18, 2020-AUGUST 28, 2020

Upon the final applications of Amini LLC and Klein LLC for allowance of compensation for services rendered and reimbursement of expenses incurred as counsel and Delaware counsel to the Debtor from June 18, 2020-August 28, 2020 [D.I. 103, 104] ("Fee Applications"); and it appearing that the requirements of Bankruptcy Code section 330, Rule 2016 and Local Rule 2016-2 have been satisfied; and it appearing that due and proper notice of the hearing and deadline to object to the Fee Applications has been given, pursuant to Rule 2002(a)(6); now, therefore, it is hereby:

ORDERED, that the Fee Applications are approved in the following amounts:

| Applicant | Requested Compensation | Requested Expenses | Allowed Compensation | Allowed Expenses |
|---|---|---|---|---|
| Amini LLC | $35,487 | $3,585.02 | $35,487 | $3,585.02 |
| Klein LLC | $10,837.50 | $2,178.91 | $10,837.50 | $2,178.91 |

And it is further

ORDERED, that Amini LLC and Klein LLC are hereby granted, on a final basis, allowance of compensation and reimbursement of expenses in the amounts set forth on above; and it is further

ORDERED, that the Debtor is authorized and directed to pay the amounts allowed herein less any amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this Order shall be deemed a separate order for each of Amini LLC and Klein LLC; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: October 1st, 2020 Wilmington, Delaware**     **BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**