## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _____Factom, Inc. _____          Case No. ____20-11602 (BLS)_____
                                                    Reporting Period:__ July'2020

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Other(MOR1) | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____          _____
Date

_____
Signature of Joint Debtor

_____          _____
Date

_____
Signature of Authorized Individual*

_____          _____
Date

_____          _____
Printed Name of Authorized Individual                Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re Factom, Inc.**

                    Debtor

# SCHEDULE OF CASH RECEIPTS A

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should l
first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in
equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns :
REPORT (FORM IR-1) .   Attach copies of the bank statements and the cash disbursements journal.   The
must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER. | Old Operation | TAX | OTHER |
| **CASH BEGINNING  OF MONTH** | $73,695.40 | $2,407.26 | $0.00 | $20,000.00 |
| | | | | |
| **RECEIPTS** | | | | |
| CASH  SALES | $0.00 | $0.00 | $0.00 | $0.00 |
| ACCOUNTS RECEIVABLE | $0.00 | $0.00 | $0.00 | $0.00 |
| LOANS AND ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 |
| SALE  OF  ASSETS | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER  (ATTACH  LIST) | $0.00 | $0.00 | $0.00 | $0.00 |
| TRANSFERS  (FROM  DIP ACCTS) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| **TOTAL  RECEIPTS** | $73,695.40 | $2,407.26 | $0.00 | $20,000.00 |
| | | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $16,200.00 | $0.00 | $0.00 | $0.00 |
| PAYROLL TAXES | $0.00 | $0.00 | $0.00 | $0.00 |
| SALES, USE, & OTHER TAXES | $0.00 | $0.00 | $0.00 | $0.00 |
| INVENTORY PURCHASES | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURED/ RENTAL/ LEASES | $0.00 | $0.00 | $0.00 | $0.00 |
| INSURANCE | $0.00 | $0.00 | $0.00 | $0.00 |
| ADMINISTRATIVE | $30.00 | $0.00 | $0.00 | $0.00 |
| SELLING | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER  (ATTACH  LIST) | $74.60 | $0.00 | $0.00 | $0.00 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| OWNER DRAW * | $0.00 | $0.00 | $0.00 | $0.00 |
| TRANSFERS (TO DIP ACCTS) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| PROFESSIONAL FEES | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. TRUSTEE  QUARTERLY FEES | $0.00 | $0.00 | $0.00 | $0.00 |
| COURT COSTS | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $16,304.60 | $0.00 | $0.00 | $0.00 |
| | | | | |
| NET CASH FLOW | $57,390.80 | $2,407.26 | $0.00 | $20,000.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | | | | |
| **CASH - END OF MONTH** | $57,390.80 | $2,407.26 | $0.00 | $20,000.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION M**

| | |
|---|---|
| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH** | |
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**Case No. 20-11602 (BLS)**
**Reporting Period: 08/01/2020-08/28/2020**

# ND DISBURSEMENTS

be the ending cash from the prior month or, if this is the
the "CURRENT MONTH - ACTUAL" column must
should be taken from the SMALL BUSINESS INITIAL
total disbursements listed in the disbursements journal
account.  [See MOR-1 (CON'T)]

| CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|
| ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| $96,102.66 | $0.00 | $96,102.66 | $0.00 |
| | | | |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $4,981.76 | $0.00 | $4,981.76 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| $101,084.42 | $0.00 | $101,084.42 | $0.00 |
| | | | |
| $19,499.90 | $0.00 | $35,699.90 | $0.00 |
| $2,518.86 | $0.00 | $2,518.86 | $0.00 |
| $330.20 | $0.00 | $330.20 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $367.89 | $0.00 | $397.89 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $43,046.98 | $0.00 | $43,121.58 | $0.00 |
| | | | |

| | | | |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | | | |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $65,763.83 | $0.00 | $82,068.43 | $0.00 |
| | | | |
| $35,320.59 | $0.00 | $19,015.99 | $0.00 |
| | | | |
| | | | |
| $35,320.59 | $0.00 | $19,015.99 | $0.00 |

**IUST BE COMPLETED**

| ACTUAL COLUMN) | |
|---|---|
| | $65,763.83 |
| | $0.00 |
| | $0.00 |
| | $65,763.83 |

In re Factom, Inc.                                                                  Case No. 20-11602 (BLS)
                    Debtor                                                          Reporting Period : July'20

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Ot |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | |
| | | | | | | | |
| BANK BALANCE | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | |
|    balance per books | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date |
|---|---|---|---|---|---|---|---|
| | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # |
|---|---|---|---|---|---|---|---|
| | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| OTHER | | 0 | | 0 | | 0 | | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ...er |
| --- |
| |
| |

| |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |

| Amount |
| --- |
| 0 |
| |
| |
| |
| |
| |
| |

| Amount |
| --- |
| 0 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| |
| --- |
| 0 |
| |
| |
| |
| |
| |
| |

In re Factom, Inc.

Debtor

**SCHEDULE OF PROFESSIONAL FEES AND EX**

This schedule is to include all retained professional payments from case

| Payee | Period Covered | Amount Approved | Payor | Check | | Am |
|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No. 20-11602 (BLS)
Reporting Period :      July'2020

**XPENSES PAID**

inception to current month.

| ount Paid | Year-To-Date | |
|---|---|---|
| Expenses | Fees | Expenses |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re Factom, Inc.                                    Case No. 20-11602 (BLS)
                    Debtor                            Reporting Period.:07/01/2020-07/31/2020

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $2,585 | $36,918 |
| Less:  Returns and Allowances | $0 | $0 |
| Net Revenue | $2,585 | $36,918 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $0 | $0 |
| Add: Purchases | $0 | $0 |
| Add: Cost of Labor | $0 | $1,120 |
| Add: Other Costs (attach schedule) | $2,118 | $3,036 |
| Less: Ending Inventory | $0 | $0 |
| Cost of Goods Sold | $2,615 | $2,615 |
| Gross Profit | ($2,148) | $30,147 |
| **OPERATING EXPENSES** | | |
| Advertising | $0 | $0 |
| Auto and Truck Expense | $0 | $0 |
| Bad Debts | $0 | $0 |
| Contributions | $0 | $0 |
| Employee Benefits Programs | $0 | $0 |
| Insider Compensation* | $0 | $0 |
| Insurance | $9,558 | $20,220 |
| Management Fees/Bonuses | $0 | $0 |
| Office Expense | $0 | $0 |
| Pension & Profit-Sharing Plans | $0 | $0 |
| Repairs and Maintenance | $0 | $0 |
| Rent and Lease Expense | $0 | $0 |
| Salaries/Commissions/Fees | $26,829 | $36,098 |
| Supplies | $0 | $0 |
| Taxes - Payroll | $0 | $0 |
| Taxes - Real Estate | $0 | $0 |
| Taxes - Other | $89 | $89 |
| Travel and Entertainment | $0 | $0 |
| Utilities | $0 | $0 |
| Other (attach schedule) | $63,697 | $81,535 |
| Total Operating Expenses Before Depreciation | **$100,173** | **$137,943** |
| Depreciation/Depletion/Amortization | $739 | $1,059 |
| Net Profit (Loss) Before Other Income & Expenses | **($103,060)** | **($108,855)** |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | $140 | $140 |
| Interest Expense | $301 | $367 |
| Other Expense (attach schedule) | $388 | $730 |
| Net Profit (Loss) Before Reorganization Items | **($103,609)** | **($109,812)** |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $0 | $0 |
| U. S. Trustee Quarterly Fees | $0 | $0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $0 | $0 |
| Gain (Loss) from Sale of Equipment | $0 | $0 |
| Other Reorganization Expenses (attach schedule) | $0 | $0 |
| Total Reorganization Expenses | $0 | $0 |
| Income Taxes | $0 | $0 |
| Net Profit (Loss) | **($103,609)** | **($109,812)** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Factom, Inc.                                    Case No. 20-11602 (BLS)
                    Debtor                            Reporting Period: 07/01/2020-07/31/2020

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| | | |
| **Other Costs** | | |
| Computer Software and Hardware [Axcelinno LLC] | 2,118 | 3,036 |
| Transaction Cost - ETH Anchoring and BTC | 2,615 | 2,615 |
| | | |
| | **4,733** | **5,651** |
| **Other Operational Expenses** | | |
| Contractors/Consultants | 7,430 | 9,230 |
| Accounting Services expense [Consero] | 3,235 | 4,721 |
| Computer Software and Hardware [Google] | 18,754 | 18,754 |
| Computer Software and Hardware [Readme] | 497 | 497 |
| Computer Software and Hardware [Calendly] | 416 | 416 |
| Computer Software and Hardware [Circleci] | 213 | 213 |
| Computer Software and Hardware [MailChimp] | 167 | 167 |
| Computer Software and Hardware [PagerDuty] | 72 | 72 |
| Computer Software and Hardware [Pritunl Enterprise] | 52 | 52 |
| Computer Software and Hardware [Zoom.us] | 16 | 91 |
| Computer Software and Hardware [Atlassian] | 90 | 90 |
| Postal and Delivery Services [UPSC PO] | 0 | 237 |
| Computer Software and Hardware [Docker Inc] | 0 | 50 |
| SaaS Expense [AWS] | 3,344 | 4,760 |
| Website Development Cost | 28,834 | 41,329 |
| Dues & subscriptions [Carta] | 577 | 827 |
| | 0 | 30 |
| | **63,697** | **81,535** |
| **Other Income** | | |
| Gain/Loss on Forex Transactions | 140 | 140 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | **0** | **0** |
| **Other Expenses** | | |
| Bank Charges | 388 | 730 |
| | **388** | **730** |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Factom, Inc.

Debtor

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| **CURRENT ASSETS** | |
| Unrestricted Cash and Equivalents | $35,321 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $0 |
| Accounts Receivable (Net) | $12,512 |
| Notes Receivable | $0 |
| Inventories | $0 |
| Prepaid Expenses | $157,164 |
| Professional Retainers | $0 |
| Other Current Assets (attach schedule) | $41,875 |
| *TOTAL CURRENT ASSETS* | **$246,872** |
| **PROPERTY AND EQUIPMENT** | |
| Real Property and Improvements | $0 |
| Machinery and Equipment | $12,984 |
| Furniture, Fixtures and Office Equipment | $0 |
| Leasehold Improvements | $27,264 |
| Vehicles | $0 |
| Less Accumulated Depreciation | $19,254 |
| *TOTAL PROPERTY & EQUIPMENT* | **$20,994** |
| **OTHER ASSETS** | |
| Loans to Insiders* | $0 |
| Other Assets (attach schedule) | $257,818 |
| *TOTAL OTHER ASSETS* | **$257,818** |
| **TOTAL ASSETS** | **$525,684** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | |
| Accounts Payable | $60,009 |
| Taxes Payable (refer to FORM MOR-4) | |
| Wages Payable | |
| Notes Payable | |
| Rent / Leases - Building/Equipment | |
| Secured Debt / Adequate Protection Payments | |
| Professional Fees | |
| Amounts Due to Insiders* | |
| Other Postpetition Liabilities (attach schedule) | $153 |
| *TOTAL POSTPETITION LIABILITIES* | **$60,162** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | |
| Secured Debt | $0 |
| Priority Debt | $0 |
| Unsecured Debt | |
| PPP Loan | $183,677 |
| Interest on PPP | $280 |
| Unsecured debt [Perkins] | $154,654 |
| Def Revenue | $25,000 |
| CC Payable | $1,362 |
| Other Accounts Payable [Scott Zimmerman, AWS, Due to MTH & factom Foundation] | $54,270 |
| Accrued Payroll [401k contributions Due in Sep'20] | $51,398 |
| Sales and Use tax | $114 |
| | |
| | |
| | |
| | |
| *TOTAL PRE-PETITION LIABILITIES* | $470,755 |
| *TOTAL LIABILITIES* | **$530,917** |
| *OWNER EQUITY* | |
| Capital Stock | $6,000,023 |
| Additional Paid-In Capital | $10,135,674 |
| Partners' Capital Account | |
| Owner's Equity Account | |
| Retained Earnings - Pre-Petition | ($16,046,674) |
| Retained Earnings - Postpetition | ($94,256) |
| Adjustments to Owner Equity (attach schedule) | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | |
| *NET OWNER EQUITY* | **($5,233)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$525,684** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Case No. 20-11602 (BLS)
Reporting Period: July,2020

| BOOK VALUE ON PETITION DATE |
| --- |
| $128,863 |
| $0 |
| $4,837 |
| $0 |
| $0 |
| $162,529 |
| $0 |
| $15,498 |
| **$311,727** |
| $0 |
| $12,984 |
| $0 |
| $27,264 |
| $0 |
| $17,777 |
| **$22,471** |
| $0 |
| $348,841 |
| **$348,841** |
| **$683,039** |

| BOOK VALUE ON PETITION DATE |
| --- |
| $77,925 |
| |
| |
| |
| |
| |
| |
| |
| $0 |
| **$77,925** |
| $0 |
| $0 |
| $183,677 |
| $128 |
| $188,399 |
| $25,000 |
| ($4,937) |
| $17,627 |
| $51,398 |
| $243 |
| |
| |
| |
| $461,534 |
| **$539,459** |
| $6,000,023 |
| $10,127,537 |
| |
| ($15,983,981) |
| |
| |
| $143,579 |
| **$683,039** |

In re Factom, Inc.                                              Case No. 20-11602 (BLS)
        Debtor                                    Reporting Period:_July'2020

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Other Current Assets | $4,112 | $1,976 |
| Other Current Assets - Factoids Inventory | $1,624 | $1,624 |
| Other Current Assets - Entry Credit Wallet | $303 | $308 |
| Other Current Assets - Software Testing Wallet | $2,004 | $2,004 |
| Other Current Assets - Protocol D | $17,950 | $0 |
| Other Current Assets - Grant 2 - Anchor Mas | $5,538 | $0 |
| Other Current Assets - Grant 3 - Oracle Mas | $1,616 | $0 |
| Other Current Assets - Service Awards - Node ****KR5G | $4,336 | $2,537 |
| Other Current Assets - Service Awards - Node ****7JSX | $4,336 | $2,537 |
| Other Current Assets - Bitcoin - Coinbase | $36 | $2,200 |
| Other Current Assets - Mycellium Wallet | $20 | $13 |
| Other Current Assets - Ethereum - Coinbase | $0 | $2,300 |
| | **$41,875** | **$15,498** |
| | | |
| Other Assets | | |
| Long Term Deposits | $70,920 | $70,920 |
| Other Assets - Equity Financing Costs | $76,044 | $76,045 |
| Other Assets - Website Development Costs - Internal | $511,735 | $511,734 |
| Other Assets - SaaS Development Cost - External | $28,665 | $28,665 |
| Other Assets - Construction in Progress | $14,648 | $48,003 |
| Amortization - Website Development Costs | ($444,194) | ($386,525) |
| | **$257,818** | **$348,841** |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Interest on PPP Loan | 433.67 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.