## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | Obj. Deadline: 10/27/21 at 4:00 p.m. (ET)<br>Hrg. Date: TBD if necessary |

### MOTION OF DEBTOR FOR FINAL DECREE
### CLOSING CHAPTER 11 CASE NUNC PRO TUNC TO OCTOBER 13, 2021

The above-named Debtor hereby moves for a final decree closing this case, substantially in the form annexed hereto, nunc pro tunc to the date of the filing of this motion, and states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this motion, pursuant to 28 U.S.C. §§ 157(a) and 1334(b), and the District Court's amended standing order of reference. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this case in this district is proper under 28 U.S.C. § 1408.

### BACKGROUND

3. The Debtor commenced this Subchapter V case on June 18, 2020.

4. The Notice of Chapter 11 Bankruptcy Case fixed a general bar date of August 17, 2020 and a bar date for governmental units of December 15, 2020 [D.I. 20].

5. The Debtor's second amended plan [D.I. 70-71] ("Plan") was confirmed August 27, 2020 [D.I. 99].

6. The effective date of the Plan occurred August 28, 2020 [D.I. 100].

7. Per the accompanying Declaration of Jay Smith, all payments required to be made under the Plan have been made.

---

[1] The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750. The last 4 digits of its taxpayer identification number are 6915.

**RELIEF REQUESTED AND BASIS THEREFOR**

8. By this motion, the Debtor seeks a final decree closing this case. The Debtor does not anticipate any further activity in this case, and therefore requests that the Court close this case nunc pro tunc to the date of the filing of this motion.

9. Bankruptcy Code section 350(a) provides: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

10. Rule 3022, which implements section 350, further provides: "After an estate is fully administered … the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

11. Local Rule 3022-1(a) in turn provides: "[u]pon written motion, a party in interest may seek the entry of a final decree at any time after the confirmed plan has been substantially consummated provided that all required fees due under 28 U.S.C. § 1930 have been paid."

12. The term "fully administered" is not defined. The Advisory Committee Note to Rule 3022, however, sets forth the following non-exclusive factors to be considered in determining if a case is fully administered: (a) whether the confirmation order is final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or its successor has assumed the business or management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters and adversary proceedings have been finally resolved.

13. This case has been fully administered, because: the confirmation order is final, and the Plan is effective; there are no outstanding motions or adversary proceedings; all administrative and prepetition claims have been satisfied, as set forth in the Smith Declaration; and there are no outstanding fees due the United States Trustee under 28 U.S.C. § 1930, this being a Subchapter V case.

**NOTICE**

14. In accordance with Local Rule 3022-1(b), notice of this motion is being provided to the United States Trustee, and all creditors that have filed a request for notice under Rule 2022 and Local Rule 9013-1. Notice is also being provided to the Subchapter V Trustee.

Dated: October 13, 2021                                      Respectfully submitted,

/s/ Julia Klein
Julia Klein (DE 5198)
KLEIN LLC
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and -

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

*Attorneys for the Debtor*