## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FACTOM, INC., | Case No. 20-11602 (BLS) |
| Debtor. | |

### FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the motion of the Debtor for a final decree closing this case nunc pro tunc to October 13, 2021, the date of the filing of the motion ("Motion"); and the Court being satisfied that the Debtor's estate has been fully administered; and the Court having reviewed the Motion, and determined that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b), that this matter is a core proceeding under 28 U.S.C. § 157(b)(2) and notice of the Motion was due and proper under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the chapter 11 case of the following debtor shall be closed as provided in Rule 3022, effective as of _____, 2021:

| Debtor Name | Case No. |
|---|---|
| Factom, Inc. | 20-11602 |

; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order; and it is further

ORDERED, that notwithstanding the potential application of Rules 6004(g), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Wilmington, Delaware
_____, 2021

Honorable Brendan L. Shannon
United States Bankruptcy Judge