# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FACTOM, INC.,[1] | Case No. 20-11602 (BLS) |
| Debtor. | **Obj. Deadline: 10/27/21 at 4:00 p.m. (ET)**<br>**Hrg. Date: TBD if necessary** |

## NOTICE OF MOTION OF DEBTOR FOR FINAL DECREE
## CLOSING CHAPTER 11 CASE NUNC PRO TUNC TO OCTOBER 13, 2021

**PLEASE TAKE NOTICE** that, on October 13, 2021, Factom, Inc., filed the *Motion for Final Decree Closing Chapter 11 Case Nunc Pro Tunc to October 13, 2021* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel for the Debtors on or before October 27, 2021 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely received by the Objection Deadline, the Motion and such objections shall be considered at a hearing before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH**

---

[1]    The Debtor's mailing address is 13492 Research Boulevard, P.O. Box 643, Austin, Texas 78750.  The last 4 digits of its taxpayer identification number are 6915.

**THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 13, 2021 | KLEIN LLC |

*/s/ Julia Klein*
Julia Klein (DE 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

- and –

Jeffrey Chubak (pro hac vice)
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com

*Attorneys for the Debtor*